**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CHELLINO CRANE, INC., | § | Case No. 17-14200 |
| | § | |
| Tax I.D. 36-4016804 | § | |
|         Debtor. | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| SAM J CHELLINO CRANE RENTAL, INC., | § | Case No. 17-14204 |
| | § | |
| Tax I.D. 36-2680830 | § | |
|         Debtor. | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| G & B EQUIPMENT, LLC, | § | Case No. 17-14209 |
| | § | |
| Tax I.D. 28-90688 | § | |
|         Debtor. | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| CHELLINO/INDUSTRIAL PARK FAMILY LIMITED PARTNERSHIP, | § | Case No. 17-14215 |
| | § | |
| Tax I.D. 20-3471246 | § | |
|         Debtor. | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| CHELLINO INDUSTRIAL MANAGEMENT, INC., | § | Case No. 17-14216 |
| | § | |
| Tax I.D. 20-3470691 | § | |
|         Debtor. | § | |

SFGH:4825-6267-0407v2

**DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES, AND (II) GRANTING RELATED RELIEF**

Chellino Crane, Inc., and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), as debtors and debtors-in-possession in the above-captioned Chapter 11 cases (the "Chapter 11 Cases"), by and through their counsel, file this (this "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit A**, directing joint administration of these Chapter 11 Cases. In support of this Motion, the Debtors state as follows.

**Jurisdiction and Venue**

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for the relief requested bases herein are section 101(2) of title 11 of the United States Code (the "Bankruptcy Code"), rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 1015-1 and 5005-3(D) of the Local Rules for the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

**Relief Requested**

4. The Debtors request entry of an order (a) directing joint administration of these Chapter 11 Cases, and (b) granting related relief. Specifically, the Debtors request entry of a notice, substantially similar to the following, on the docket of each of the Debtors other than Chilleno Crane, Inc, to reflect the joint administration of these Chapter 11 Cases:

> An order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of these chapter 11 cases of Chilleno Crane, Inc., and its affiliated debtors. All further

pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 17-14200(CAD).

5. The Debtors also request that the Court maintain one file and one docket for all of the jointly-administered cases under the case of Chilleno Crane, Inc., and that the cases be administered under a consolidated caption, as follows:

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Chellino Crane, Inc.., *et al.*[1] | § | Case No. 17-14200 |
| | § | |
| Debtors. | § | (Jointly Administered) |

## Background

6. The Debtors are a leading provider of heavy crane services and one of the largest crane companies in the Midwest, specializing in providing full service capabilities to niche markets such as refineries, power and chemical plants. Chellino Crane, Inc. (the "Company") consists of two divisions: a Crane Division focused on providing customers with a full range of crane services and a Heavy Haul/Heavy Lift Division which specializes in transport and heavy lift/rigging services. A more complete description of the Debtors' operations and history is set forth in the *Declaration of A. Jeffrey Zappone in Support of First Day Motions* (the "First Day Declaration") filed contemporaneously with this Motion.

## Basis for Relief

7. Bankruptcy Rule 1015(b) provides for procedural consolidation of cases

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Chellino Crane, Inc. (36-4016804); Sam J. Chellino Crane Rental, Inc. (36-2680830); G & B Equipment, LLC (28-90688); Chellino/Industrial Park Family Limited Partnership (20-3471246); and Chellino Industrial Management, Inc. (20-3470691). The address for all of the Debtors is 915 Rowell Avenue, Joliet, Illinois 60433.

SFGH:4825-6267-0407v2

involving two or more related debtors. Specifically, Bankruptcy Rule 1015(b) provides, in pertinent part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." In addition, Local Rule 1015-1 provides that "[t]wo or more cases are related if . . . the cases involve persons or entities that are affiliates as defined in § 101(2) of the Bankruptcy Code." The Debtors are affiliates within the meaning of the Bankruptcy Code. Accordingly, the Debtors' cases are related and this Court is authorized to grant the relief requested herein.

8. Joint administration generally is non-controversial, and courts in this district routinely order joint administration in related cases. See, e.g., In re Caesars Entertainment Operating Co., Inc., No. 15-01145 (ABG) (Bankr. N.D. Ill. Jan. 15, 2015); In re ITR Concession Co., No. 14-34284 (PSH) (Bankr. N.D. Ill. Sept. 23, 2014); In re NNN 123 N. Wacker, LLC, No. 13-39210 (JBS) (Bankr. N.D. Ill. Nov. 21, 2013); In re Edison Mission Energy, No. 12-49219 (JPC) (Bankr. N.D. Ill. Dec. 18, 2012).

9. As set forth in the First Day Declaration, given the integrated nature of the Debtors' operations, joint administration of these Chapter 11 Cases will provide significant administrative convenience. Many of the motions, hearings, and orders that will arise in these Chapter 11 Cases will affect each and every Debtor entity. The entry of an order directing joint administration of these Chapter 11 Cases will reduce fees and costs by avoiding duplicative filings and objections. Joint administration will also allow the Office of the United States Trustee for the Northern District of Illinois, the Court, and all parties in interest to monitor these Chapter 11 Cases with greater ease and efficiency.

10. Moreover, joint administration will not adversely affect the Debtors' respective constituencies because this Motion requests only administrative, not substantive, consolidation of

the estates. Thus, parties in interest will not be harmed by the relief requested, but instead, will benefit from the cost reductions and avoidance of confusion or potential misfilings in erroneous cases associated with the joint administration of these Chapter 11 Cases. Accordingly, the Debtors submit that the joint administration of these Chapter 11 Cases is in the best interests of their estates, their creditors, and all other parties in interest.

## Notice

11. The Debtors have provided notice of this Motion to: (a) the Office of the United States Trustee for the Northern District of Illinois; (b) the Office of the United States Attorney for the Northern District of Illinois; (c) the Internal Revenue Service; (d) counsel to First Midwest Bank c/o Mark L. Prager, Esq., Foley & Lardner, 321 North Clark Street, Suite 2800, Chicago, IL 60654-5313 (d) the Debtors' Senior Secured Lenders; (e) the entities listed on the Debtors' Top 30 List of Unsecured Creditors; (f) the Securities and Exchange Commission; and (g) any party that has requested notice pursuant to Bankruptcy Rule 2002. The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

## No Prior Request

12. No prior request for the relief sought in this Motion has been made to this or any other court.

Date: May 5, 2017

*Chellino Crane, Inc., et al.,*

By: /s/ Jonathan Friedland
     One of its Attorneys

Jonathan P. Friedland, Esq. (IL No. 6257902)
Aaron L. Hammer, Esq. (IL No. 6243069)
Elizabeth B. Vandesteeg, Esq. (IL No. 6291426)
**SUGAR FELSENTHAL GRAIS & HAMMER LLP**
30 N. LaSalle St., Ste. 3000
Chicago, Illinois 60602
Telephone: 312.704.9400
Facsimile: 312.372.7951
ahammer@SFGH.com
jfriedland@SFGH.com
evandesteeg@SFGH.com

*Proposed Counsel to the Debtors*