UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-14200 |
| Chellino Crane, Inc., et al. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Carol Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Extending Deadline To File Schedules Of Assets And Liabilities, Current Income And Expenditures, And Executory Contracts And Unexpired Leases And Statements Of Financial Affairs**

Upon the motion (the "Motion") of the above-captioned Debtors and Debtors in Possession (collectively, the "Debtors") for entry of an order (this "Order") (I) granting the Debtors an extension of thirty one (31) days to file their schedules of assets and liabilities, schedules of current income and expenditures, schedules of executory contracts and unexpired leases (collectively, the "Schedules"), and statements of financial affairs (collectively, the "Statements"),

IT IS ORDERED THAT:

1. The Motion is granted.

2. The time within which the Debtors must file the Schedules and Statements is extended to and including June 19, 2017, without prejudice to the Debtors' right to seek an additional extension upon cause shown.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  May 10, 2017

**Prepared by:**

Jonathan P. Friedland, Esq. (IL No. 6257902)
Aaron L. Hammer, Esq. (IL No. 6243069)
Elizabeth B. Vandesteeg, Esq. (IL No. 6291426)
SUGAR FELSENTHAL GRAIS & HAMMER LLP
30 N. LaSalle St., Ste. 3000
Chicago, Illinois 60602
Telephone: 312.704.9400
Facsimile: 312.372.7951