UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-14200 |
| Chellino Crane, Inc., et al. | ) | (Jointly Administered) |
| | ) | Chapter: 11 |
| | ) | Honorable Carol Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**FINAL ORDER (I) AUTHORIZING DEBTORS TO PAY TAXES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion") of the above-captioned Debtors and Debtors in Possession (collectively, the "Debtors") for entry of a Final Order under sections 105(a), 363(b), 507(a)(8), and 541 of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004, (i) authorizing the Debtors to pay any unpaid Taxes, and (ii) granting related relief; and the Court having reviewed and considered the Motion and the First Day Declaration; and the Court having heard the statements in support of the relief requested in the Motion at a hearing (the "Hearing");

It is hereby ORDERED that:

1. The Motion is granted on a final basis as set forth here.  Capitalized terms used but not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

2. The Debtors are authorized, in their sole discretion and to the extent they deem necessary, in consultation with the Official Committee of Unsecured Creditors (the "Committee"), to pay any Taxes that (a) arose prior to the Petition Date; or (b) become due and payable after the Petition Date.

3. The Debtors are authorized, in their sole discretion, after consultation with the Committee, to pay any amounts to satisfy any disputed obligations assessed against the Debtors as a result of any audit.

4. The requirements set forth in Bankruptcy Rule 6003(b) are satisfied because the relief requested in the Motion is necessary to avoid immediate and irreparable harm to the Debtors.

5. Notwithstanding the possible applicability of Bankruptcy Rules 6004(a) and 6004(h) or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry and the requirements of Bankruptcy Rules 6004(a) and 6004(h) are hereby waived.

Enter:

*/s/ Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  June 01, 2017

**Prepared by:**

Jonathan P. Friedland, Esq. (IL No. 6257902)
Aaron L. Hammer, Esq. (IL No. 6243069)
Elizabeth B. Vandesteeg, Esq. (IL No. 6291426)
SUGAR FELSENTHAL GRAIS & HAMMER LLP
30 N. LaSalle St., Ste. 3000
Chicago, Illinois 60602
Telephone: 312.704.9400
Facsimile: 312.372.7951