UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Chellino Crane, Inc., et al.<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   17-14200<br>(Jointly Administered)<br>Chapter: 11<br>Honorable Carol A. Doyle |

## Consent Order Extending Deadline for Objections
## to Debtor in Possession Financing and Use of Cash Collateral

This matter having come before this Court on the motion (the "Motion") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") requesting that this Court enter an interim order (the "Interim Order"), and later after notice and a hearing, a final order (the "Final Order"), authorizing the Debtors to: (a) use Cash Collateral; (b) incur postpetition debt up to a maximum amount of $300,000 through the entry of the Final Order (the "Postpetition Debt"); and (c) grant adequate protection and provide security and other relief to First Midwest Bank ("First Midwest"); and, the Court having granted the Motion and approved the Interim Order on May 10, 2017 (dkt. 84); and, the Court having set a date for hearing on entry of the Final Order of June 1, 2017, with an objection deadline of May 25, 2017; and, the Debtors, the Official Committee of Unsecured Creditors ("Committee") and First Midwest (collectively, the "Parties") having agreed to continue the hearing to June 7, 2017, to accommodate on-going negotiations over the Final Order and the consideration of comments by other parties to the proposed Final Order; and, the Parties having further agreed to continue the deadline for objections to entry of the proposed Final Order to June 1, 2017, for the Committee and certain other parties that have provided comments to the Final Order; and the Court, having previously entered a consent order extending such deadlines as described herein (dkt. 146);

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The deadline for objections or responses to the proposed Final Order is extended to June 5, 2017, solely with respect to the Committee; the United States Trustee; TBK Bank, SSB; Siemens Financial Services, Inc.; Wells Fargo Equipment Finance, Inc.; and, Sterling National Bank. The hearing date and time on the proposed Final Order remains June 7, 2017, at 10:30 a.m. Central time.

2. Objections or responses to the proposed Final Order shall be filed by the parties identified in paragraph 1 above on or before June 5, 2017, 2017 at 5:00 p.m. (Central time) and served (which service may be by electronic mail) on the following parties: (i) the Debtors, Attn: Linda Spadafino, 915 Rowell Ave., Joilet, IL 60433 (lspada@chellinocrane.com); (ii) proposed counsel to the Debtors, Jonathan Friedland, Sugar Felsenthal Grais & Hammer, LLP, 30 N. LaSalle St., Suite 3000, Chicago, IL 60602 (jfriedland@sfgh.com); (iii) the Office of the United States Trustee for the Northern District of Illinois, 219 S. Dearborn St., Room 873, Chicago, IL 60604 (roman.l.sukley@usdoj.gov); (iv) counsel to the Committee, Bennett S. Silverberg, Brown Rudnick LLP, Seven Times Square, New York, NY 10036 (bsilverberg@brownrudnick.com) ; and (v) any party that has requested notice pursuant to Bankruptcy Rule 2002 (via CM/ECF notice). Any timely and properly served objection shall be heard at the Final Hearing.

3. Other than as expressly provided herein, the Interim Order remains in full force and effect.

Enter: /s/ Carol A. Doyle

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: 6/1/17

**Prepared by:**
Jonathan P. Friedland, Esq. (IL No. 6257902)
Elizabeth B. Vandesteeg, Esq. (IL No. 6291426)
Jack O'Connor, Esq. (IL No. 6302674)
SUGAR FELSENTHAL GRAIS & HAMMER LLP
30 N. LaSalle St., Ste. 3000
Chicago, Illinois 60602
Telephone: 312.704.9400
Facsimile: 312.372.7951
jfriedland@SugarFGH.com
evandesteeg@SugarFGH.com
joconnor@SugarFGH.com

Proposed Counsel to the Debtors

Agreed as to Form and Content:

OFFICIAL COMMITTEE OF UNSECURED CREDITORS

By: /s/ Bennett S. Silverberg
Bennett S. Silverberg
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Tel: 212-209-4924
bsilverberg@brownrudnick.com
Proposed Counsel to the Committee


FIRST MIDWEST BANK

By: /s/ Mark L. Prager
Mark L. Prager
FOLEY & LARDNER LLP
321 N. Clark Street, Ste. 2800
Chicago, IL 60654
Tel: 312-832-4503
mprager@foley.com