# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Chellino Crane, Inc., *et al.*[1] | ) | Case No. 17-14200 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hon. Carol A Doyle |

## NOTICE OF MOTION

*Please take notice* that on **August 24, 2017** at **11:00 a.m.,** or as soon thereafter as counsel may be heard, we will appear before the Honorable Janet S. Baer, United States Bankruptcy Judge, or any other judge sitting in her stead, in Courtroom 615 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois present the attached ***Motion to Amend the Final Order Authorizing the Debtors to: (A) Use Cash Collateral; (B) Incur Postpetition Debt; and (C) Grant Adequate Protection and Provide Security and Other Relief to First Midwest Bank.***

Date: August 21, 2017

*Chellino Crane, Inc., et al.,*

By: /s/ Jonathan Friedland
    One of their Attorneys

Jonathan P. Friedland (IL No. 6257902)
Elizabeth B. Vandesteeg (IL No. 6291426)
Jack O'Connor (IL No. 6302674)
**SUGAR FELSENTHAL GRAIS & HAMMER LLP**
30 N. LaSalle St., Ste. 3000
Chicago, Illinois 60602
Telephone:  312.704.9400
Facsimile:   312.372.7951
jfriedland@SFGH.com
evandesteeg@SFGH.com
joconnor@SFGH.com

*Counsel to the Debtors*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Chellino Crane, Inc. (6804); Sam J. Chellino Crane Rental, Inc. (0830); G & B Equipment, LLC (0688); Chellino/Industrial Park Family Limited Partnership (1246); and Chellino Industrial Management, Inc. (0691). The address for all of the Debtors is 915 Rowell Avenue, Joliet, Illinois 60433.

4842-3243-7325.2

## Certificate of Service

      I hereby certify that on August 21, 2017, a true and correct copy of the ***Motion to Amend the Final Order Authorizing the Debtors to: (A) Use Cash Collateral; (B) Incur Postpetition Debt; and (C) Grant Adequate Protection and Provide Security and Other Relief to First Midwest Bank***, was served on registered users entitled to service through the CM/ECF system, and via U.S. First Class Mail, postage prepaid, by Epiq Bankruptcy Solutions, LLC as Noticing, Claims, and Balloting Agent upon the parties appearing on the attached service list.

Date: August 21, 2017　　　　　　　　　　　　By:　/s/ Jonathan Friedland

2

4842-3243-7325.2

# Exhibit A

In re: CHELLINO CRANE, INC., et al.
Case No. 17-14200

| Master Service List (as of 08/20/2017 16:00:01) NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | ADDRESS5 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| ADELMAN & GETTLEMAN LTD | (COUNSEL TO BARNHART CRANE AND RIGGING CO) | ATTN: HOWARD L ADELMAN, NATHAN Q RUGG | 53 W JACKSON BLVD STE 1050 | | | CHICAGO | IL | 60604 | |
| ALLY AUTO | ALLY PAYMENT PROCESSING CENTER | PO BOX 9001951 | | | | LOUISVILLE | KY | 40290-1951 | |
| ARNSTEIN & LEHR LLP | (COUNSEL TO EQUIFY FINANCIAL LLC) | ATTN: KEVIN H MORSE | 161 N CLARK ST STE 4200 | | | CHICAGO | IL | 60601 | |
| ASKOUNIS & DARCY PC | (COUNSEL TO CONTINENTAL & STERLING BANKS; SIEMENS FINANCIAL SERVICES INC) | ATTN: THOMAS V ASKOUNIS, MADELAINE NEWCOMB | | C RANDALL WOODLEY II, D ALEXANDER DARCY | 444 N MICHIGAN AVE STE 3270 | CHICAGO | IL | 60611 | |
| BMO TRANSPORTATION FINANCEGE | PO BOX 71951 | | | | | CHICAGO | IL | 60694-1951 | |
| BRADLEY R JONES PC | (COUNSEL TO CONTINENTAL BANK) | ATTN: BRADLEY R JONES | 15 WEST SOUTH TEMPLE SUITE 420 | | | SALT LAKE CITY | UT | 84101 | |
| BROWN RUDNICK LLP | (CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS) | ATTN: BENNETT S SILVERBERG, GERARD T CICERO | 7 TIMES SQUARE | | | NEW YORK | NY | 10036 | |
| BRYAN CAVE LLP | (COUNSEL TO DE LAGE LANDEN FINANCIAL) | ATTN: JAY KRYSTINIK ESQ | JP MORGAN CHASE TOWER | 2200 ROSS AVENUE SUITE 3300 | | DALLAS | TX | 75201-7965 | |
| BRYAN CAVE LLP | (COUNSEL TO DE LAGE LANDEN FINANCIAL SERVICES INC) | ATTN: M SEALE; L BAYLES, A DAVIS | 161 N CLARK ST STE 4300 | | | CHICAGO | IL | 60625 | |
| CHELLINO CRANE, INC. | THE DEBTOR | C/O LINDA SPADAFINO | 915 ROWELL AVENUE | | | JOLIET | IL | 60433 | |
| CHUHAK & TECSON PC | (COUNSEL TO TCF EQUIPMENT FINANCE) | ATTN: MIRIAM R STEIN, PAULINA GARGA-CHMIEL | 30 S WACKER DR STE 2600 | | | CHICAGO | IL | 60606 | |
| CLARK HILL PLC | (COUNSEL TO MERCHANTS CAPITAL & BANK NA) | ATTN: GARY E GREEN; TIMOTHY HERMAN | 130 E RANDOLPH ST STE 3900 | | | CHICAGO | IL | 60601 | |
| CONTINENTAL BANK | 15 W SOUTH TEMPLE SUITE 420 | | | | | SALT LAKE CITY | UT | 84101 | |
| CRANE HEYMAN SIMON WELCH & CLAR | (COUNSEL TO VARIOUS ENGINEER TRUSTS/ LOCAL 150) | ATTN: BRIAN WELCH, SCOTT CLAR | 135 S LASALLE ST STE 3705 | | | CHICAGO | IL | 60603 | |
| DORSEY WHITNEY | (COUNSEL TO TRIUMPH SAVINGS BANK) | ATTN: JAMIE STILSON | 50 S SIXTH ST STE 1500 | | | MINNEAPOLIS | MN | 55402-1498 | |
| DRESSLER & PETERS LLC | (COUNSEL TO PEOPLE'S CAPITAL AND LEASING CORP) | ATTN: DENNIS A DRESSLER | 70 W HUBBARD ST STE 200 | | | CHICAGO | IL | 60654 | |
| DUANE MORRIS LLP | (COUNSEL TO WELLS FARGO EQUIPMENT FINANCE) | ATTN: MATTHEW A OLINS ESQ | 190 S LASALLE ST STE 3700 | | | CHICAGO | IL | 60603-3433 | |
| EQUIFY | 777 MAIN ST STE 3900 | | | | | FORT WORTH | TX | 76102 | |
| EQUIFY160 TON | 777 MAIN STREET SUITE 3900 | | | | | FORT WORTH | TX | 76102 | |
| EQUITY FINANCIAL LLC | 777 MAIN STREET SUITE 3900 | | | | | FORT WORTH | TX | 76102 | |
| EVERBANK | COMMERCIAL FINANCE PO BOX 911608 | | | | | DENVER | CO | 80291-1608 | |
| FIRST MIDWEST BANK FKA STANDARD BANK | 1 PIERCE PL | LOWER LEVEL | | | | ITASCA | IL | 60143 | |
| FOLEY & LARDNER LLP | (COUNSEL TO FIRST MIDWEST BANK FKA STANDARD BANK) | ATTN: MARK L PRAGER; MATTHEW J STOCKL | 321 N CLARK ST STE 2800 | | | CHICAGO | IL | 60654-5313 | |
| FREEBORN & PETERS LLP | (COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS) | ATTN: DEVON EGGERT, ELIZABETH JANCZAK, SHELLY DEROUSSE | 311 S WACKER DR STE 3000 | | | CHICAGO | IL | 60606 | |
| GOLDSTEIN & MCCLINTOCK LLLP | (COUNSEL TO GREG CHELLINO) | ATTN: MATTHEW E MCCLINTOCK, THOMAS R FAWKES | 111 W WASHINGTON ST STE 1221 | | | CHICAGO | IL | 60602 | |
| GORDON FEINBLATT LLC | (COUNSEL TO KALAMATA CAPITAL) | ATTN: SUSAN J KLEIN | 233 E REDWOOD ST | | | BALTIMORE | MD | 21202 | |
| HALE LAMMIMAN GROUP LTD | (COUNSEL TO FIRST MIDWEST BANK) | ATTN: FORREST B LAMMIMAN | 788 N JEFFERSON STE 700 | | | MILWAUKEE | WI | 53202 | |
| INTERNAL REVENUE SERVICE | ATTN: ANDREA PETERSON | 1616 CAPITOL AVE STOP 4110 | | | | OMAHA | NE | 68102 | |
| INTERNAL REVENUE SERVICE | SPECIAL PROCEDURES INSOLVENCY | PO BOX 7346 | | | | PHILADELPHIA | PA | 19101-7346 | |
| KALAMATA CAPITAL | 7315 WISCONSIN AVE | 950 | | | | BETHESDA | MD | 20814 | |
| KATE R O'LOUGHLIN | (COUNSEL TO US SMALL BUSINESS ADMIN) | 500 W MADISON ST STE 1150 | | | | CHICAGO | IL | 60661 | |
| LATIMER LEVAY FYOCK LLC | (COUNSEL TO FRANK CHELLINO) | ATTN: RICHARD A SALDINGER ESQ | 55 W MONROE ST STE 1100 | | | CHICAGO | IL | 60603 | |
| LOWIS & GELLEN LLP | (COUNSEL TO SUMLTOMO MITSUI) | ATTN: CHRISTOPHER M CAHILL, ANDREW BAUMANN | 200 WEST ADAMS ST 19TH FL | | | CHICAGO | IL | 60606 | |
| MARDIAN EQUIPMENT CO | 221 SOUTH 35TH AVE | | | | | PHOENIX | AZ | 85009 | |
| MESSERLI KRAMER | (COUNSEL TO MERCHANTS BANK) | ATTN: JOSHUA A HASKO ESQ | 1400 FIFTH STREET TOWERS | 100 S FIFTH ST | | MINNEAPOLIS | MN | 55402-1217 | |
| MOMKUS MCCLUSKEY ROBERTS LLC | (COUNSEL TO MUELLER & COMPANY LLP) | ATTN: MARTIN D TASCH | 1001 WARRENVILLE RD STE 500 | | | LISLE | IL | 60532 | |
| NATIONS FUND I LLC | 501 MERRITT SEVEN | 6TH FLOOR | | | | NORWALK | CT | 06851 | |
| NEAL GERBER & EISENBERG LLP | (COUNSEL TO SUPER G FUNDING LLC DBA BIZCASH) | ATTN: THOMAS C WOLFORD, KEVIN G SCHNEIDER | 2 N LASALLE ST STE 1700 | | | CHICAGO | IL | 60602 | |
| OFFICE OF THE UNITED STATES TRUSTEE | 219 S DEARBORN STREET | ROOM 873 | | | | CHICAGO | IL | 60604 | |
| OFFIT KURMAN | (COUNSEL TO SUPER G FUNDING LLC) | ATTN: BRIAN A LOFFREDO ESQ | 8171 MAPLE LAWN BLVD STE 200 | | | MAPLE LAWN | MD | 20759 | |
| PEOPLES CAPITAL AND LEASING CORP | PO BOX 0254 | 6TH FLOOR | | | | BRATTLEBORO | VT | 05302-0254 | |
| RAPID ADVANCE | 4500 EAST WEST HIGHWAY | 300 E ROOSEVELT RD STE 300 | | | | BETHESDA | MD | 20814 | |
| RATHJE & WOODWARD LLC | (COUNSEL TO JOHN RESEDEAN) | ATTN: RAYMOND J SANGUINETTI | 20 S CLARK ST STE 300 | | | WHEATON | IL | 60187 | |
| ROETZEL ANDRESS LPA | (COUNSEL TO EVERBANK) | ATTN: BRIAN T BEDINGHAUS ESQ | 233 S WACKER DR STE 6600 | | | CHICAGO | IL | 60603 | |
| SCHIFF HARDIN LLP | (COUNSEL TO TBK BANK, SSB) | ATTN: J MARK FISHER, MICHAEL W OTT | 321 N CLARK ST STE 800 | | | CHICAGO | IL | 60606 | |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | (COUNSEL TO FRANK CHELLINO) | ATTN: ROBERT W GLANTZ | | | | CHICAGO | IL | 60654 | |
| SIEMENS FINANCIAL SERVICES INC | PO BOX 2083 | | | | | CAROL STREAM | IL | 60132 | |
| SIGNATURE FINANCIAL LLC | 225 BROADHOLLOW ROAD | | | | | MELVILLE | NY | 11747 | |
| ST EARNS BANK | PO BOX 750 | | | | | ALBANY | MN | 56307-0750 | |
| STERLING NATIONAL BANK | 500 7TH AVENUE | 3RD FLOOR | | | | NEW YORK | NY | 10018 | |
| SUGAR FELSENTHAL GRAIS & HAMMER LLP | (COUNSEL TO THE CHELLINO DEBTORS) | ATTN: AARON HAMMER ESQ, ELIZABETH VANDESTEEG ESQ | JONATHAN FRIEDLAND ESQ, JACK O'CONNOR ESQ | MARK S MELICKIAN ESQ | 30 N LASALLE ST STE 3000 | CHICAGO | IL | 60602 | |
| SUGAR FELSENTHAL GRAIS & HAMMER LLP | (COUNSEL TO THE CHELLINO DEBTORS) | ATTN: JONATHAN P FRIEDLAND ESQ | NICOLE STEFANELLI ESQ | 230 PARK AVE STE 460 | | NEW YORK | NY | 10169 | |
| SUMITOMO MITSUI FINANCE LEASING CO LTD | 277 PARK AVENUE | | 700 | | | NEW YORK | NY | 10172 | |
| SUPER G FUNDING LLC | 1655 NORTH FORT MYER DRIVE | | | | | ARLINGTON | VA | 22209 | |
| TCF EQUIPMENT FINANCE | PO BOX 7707 | | | | | MINNEAPOLIS | MN | 55480-7777 | |
| TCF EQUIPMENT FINANCE | PO BOX 77077 | | | | | MINNEAPOLIS | MN | 55480-7777 | |
| TOYOTA MOTOR CREDIT | PO BOX 5855 | | | | | CAROL STREAM | IL | 60197-5855 | |
| TRIUMPH SAVINGS BANK | PO BOX 1030 | | | | | BETTENDORF | IA | 52722 | |
| UNITED STATES ATTORNEY'S OFFICE | NORTHERN DISTRICT OF ILLINOIS | 219 S DEARBORN ST 5TH FLOOR | | | | CHICAGO | IL | 60604 | |
| UNITED STATES SMALL BUSINESS ADMIN. | 2401 WEST WHITE OAKS DRIVE | | | | | SPRINGFIELD | IL | 62704 | |
| VEDDER PRICE PC | (COUNSEL TO SIGNATURE FINANCIAL) | ATTN: MITCHELL D COHEN ESQ | 1633 BROADWAY 31ST FL | | | NEW YORK | NY | 10019 | |
| VEDDER PRICE PC | (COUNSEL TO SIGNATURE FINANCIAL) | ATTN: WILLIAM W THORSNESS ESQ | 222 N LASALLE ST 24TH FL | | | CHICAGO | IL | 60601 | |
| WELTMAN WEINBERG & REIS CO LPA | (COUNSEL TO SMALL BUSINESS FINANCIAL SOLUTIONS LLC) | ATTN: MONETTE W COPE | 180 N LASALLE ST STE 2400 | | | CHICAGO | IL | 60601 | |
| WHITEFORD TAYLOR & PRESTON LLP | ATTN: JOHN F CARLTON ESQ | 7 ST PAUL ST | | | | BALTIMORE | MD | 21202 | |
| WONG FLEMING PC | (COUNSEL TO BMO HARRIS BANK NA) | ATTN: JAMES K HANEY ESQ | 821 ALEXANDER RD STE 200 | | | PRINCETON | NJ | 08540 | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re ) | | Chapter 11 |
| ) | | |
| CHELLINO CRANE INC., *et al.*,[2] ) | | Case No. 17-14200 |
| ) | | |
| ) | | (Jointly Administered) |
| ) | | |
| ) | | Hearing: August 24, 2017 at 11:00 a.m. |
| ) | | |
| Debtors. ) | | Hon. Carol A. Doyle |
| ) | | |

**MOTION TO AMEND THE FINAL ORDER
AUTHORIZING THE DEBTORS TO: (A) USE CASH COLLATERAL;
(B) INCUR POSTPETITION DEBT; AND (C) GRANT ADEQUATE PROTECTION
AND PROVIDE SECURITY AND OTHER RELIEF TO FIRST MIDWEST BANK**

The Debtors, by their undersigned counsel, hereby move this Court for entry of an order amending the Final Order Authorizing the Debtors to: (A) Use Cash Collateral; (B) Incur Postpetition Debt; and (C) Grant Adequate Protection and Provide Security and Other Relief to First Midwest Bank (the "Final DIP Order"), pursuant to Sections 363, 364 and 105 of the Bankruptcy Code (the "Motion"). In support of their Motion, the Debtors respectfully state as follows:

**INTRODUCTION**

First Midwest Bank ("First Midwest") is the Debtors' debtor-in-possession financing lender. First Midwest's financing is essential to the continued operations of the Debtors, and its support of the Debtors' sale process is central to a successful § 363 sale.

---

[2] The Debtors ("Debtors") in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Chellino Crane, Inc. (6804); Sam J. Chellino Crane Rental, Inc. (0830); G & B Equipment, LLC (0688); Chellino/Industrial Park Family Limited Partnership (1246); and Chellino Industrial Management, Inc. (0691).

4842-3243-7325.2

The Motion seeks entry of an order amending the Final DIP Order in light of the Debtors' Amended Motion to (I) Approve Bidding, Notice, Auction, & Sale Procedures Related to the Sale of All or Substantially All the Debtors' Assets; (II) Authorize & Approve the Free & Clear Sale of the Debtors' Assets; (III) Approve Procedures to Assume & Assign Executory Contracts & Unexpired Leases; & (IV) Granting Related Relief (ECF No. 426, the "<u>Bidding Procedures Motion</u>") and revised Opt-Out Procedures (the "<u>Opt-Out Procedures</u>").  Based on the proposed structure of the Debtors' sale process, the requests the Debtors have made for First Midwest to continue to fund that process, and the information contained in the Bidding Procedures Motion and Opt-Out Procedures, the Final DIP Order should be amended to: (1) clarify the reduction of First Midwest's Cost Allocation to the extent that there is a DIP Loan-AR Deficiency and payment of any such DIP Loan-AR Deficiency;[3] (2) add new "Events of Default" to Definition 11 of the Final DIP Order; and (3) incorporate an amended Budget that runs until October 31, 2017.

## BACKGROUND FACTS

On May 5, 2017, each of the Debtors filed a voluntary petition under the Bankruptcy Code.  These cases are being jointly administered pursuant to the Order Granting Joint Administration of Related Chapter 11 Cases entered on May 10, 2017.  The Debtors remain in possession of their property and continue to have the rights, powers and duties of a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.

---

[3] Capitalized terms that are not defined herein shall have the meanings ascribed to them in the Opt-Out Procedures.

4842-3243-7325.2

First Midwest is the Debtors' largest secured creditor and provided the debtor-in-possession financing. On June 22, 2017, the Court entered the Final DIP Order. On August 17, 2017, the Debtors filed the Bidding Procedures Motion seeking to sell substantially all of Debtors' assets.

## REQUESTED RELIEF

The Debtors request the entry of an order, pursuant to Sections 363, 364 and 105 of the Bankruptcy Code, amending the Final DIP Order and granting such other and further relief as this Court deems just and proper.

## JURISDICTION

This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

## ARGUMENT

This Court should amend the Final DIP Order in light of the Debtors' sale process and amended Bidding Procedures Motion and Opt-Out Procedures. *First*, this Court should amend the Final DIP Order to clarify that First Midwest should not be required to pay a "cost allocation" to the extent that its DIP loan is not repaid in full from an increase in the Debtors' post-petition accounts receivable. Specifically, the Bidding Procedures Motion and Opt-Out Procedures state:

> 8. Notwithstanding anything to the contrary herein, to the extent that (i) the amount owed to FMB under the Debtors' debtor-in-possession financing loan exceeds (ii) the increase in the amount of the Debtors' accounts receivable from the petition date through the Closing (a "DIP Loan-AR Deficiency"), then (a) FMB's Cost Allocation will be reduced by the amount of such DIP Loan-AR Deficiency, and (b) if any DIP Loan-AR Deficiency remains after (a) above, the Cost Allocation charged to any Equipment Lender other than FMB shall be used to pay any unpaid amount of the DIP-Loan AR Deficiency.

3

4842-3243-7325.2

The preceding language should be added to the Final DIP Order for the order to comport with the Bidding Procedures and the parties' agreement. The Debtors respectfully request that the Court amend the Final DIP Order accordingly.

*Second*, this Court should add the following "Events of Default" to Definition No. 11 of the Final DIP Order to clarify that First Midwest may terminate the DIP facility in the event that the stalking horse bidder for the Debtors' assets terminates its agreement with the Debtors, or the sale process otherwise is not moving forward. Specifically, the following Events of Default should be added to Definition 11 of the Final DIP Order:

- If, on or before August 24, 2017, the Bankruptcy Court has not entered an order approving (a) bidding procedures for the sale of substantially all of the Debtors' assets, and (b) a "stalking horse" asset purchase agreement that is acceptable to the Bank, in its sole discretion.

- If, at any time, the stalking horse bidder for the Debtors' assets terminates its asset purchase agreement with the Debtors or otherwise indicates that it is walking away or otherwise failing to proceed with its agreement to purchase the Debtors' assets.

The Debtors believe that these Events of Default are reasonable and appropriate under the circumstances, and should be approved.

Finally, the Debtors and FMB are finalizing an amended Budget that runs until October 31, 2017, and will file that amended Budget is as **Exhibit A** to this Motion in advance of the hearing on same, which has been scheduled for August 24, 2017**.** The Final DIP Order should be amended to incorporate the amended Budget.

## CONCLUSION

For the reasons set forth herein, the Debtors respectfully requests that this Court enter an order, in the form attached hereto, (a) amending the Final DIP Order, and (b) granting such other and further relief as is just and proper.

4

4842-3243-7325.2

Date: August 21, 2017　　　　　　　　　*Chellino Crane, Inc., et al.,*

　　　　　　　　　　　　　　　　　　　By:　/s/ Jonathan Friedland
　　　　　　　　　　　　　　　　　　　　　　One of its Attorneys

　　　　　　　　　　　　　　　　　　　Jonathan P. Friedland (IL No. 6257902)
　　　　　　　　　　　　　　　　　　　Elizabeth B. Vandesteeg (IL No. 6291426)
　　　　　　　　　　　　　　　　　　　Jack O'Connor (IL No. 6302674)
　　　　　　　　　　　　　　　　　　　30 N. LaSalle St., Ste. 3000
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　　Telephone:　(312) 704-9400
　　　　　　　　　　　　　　　　　　　Facsimile:　 (312) 372-7951
　　　　　　　　　　　　　　　　　　　jfriedland@SFGH.com
　　　　　　　　　　　　　　　　　　　evandesteeg@SFGH.com
　　　　　　　　　　　　　　　　　　　joconnor@SFGH.com

　　　　　　　　　　　　　　　　　　　*Counsel to the Debtors*

4842-3243-7325.2