UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 17 B 14200 |
| CHELLINO CRANE, INC., ET AL. | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) Chapter 11 |
| Debtors. | ) |
| | ) |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER ALLOWING BROWN RUDNICK LLP, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $272,484.50 | TOTAL COSTS REQUESTED: | $8,062.47 |
| TOTAL FEES REDUCED: | $8,606.25 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $263,878.25 | TOTAL COSTS ALLOWED: | $8,062.47 |

**TOTAL FEES AND COSTS ALLOWED: $271,940.72**

The attached time and expense entries have been marked to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each entry. The numerical notations correspond to the enumerated paragraphs below. There are also categories of time that have been disallowed in part; the disallowance and explanations of that time is provided below with the corresponding reason.[1]

**(1)   Insufficient Description**

The Court denies the allowance in part of compensation for the indicated tasks since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

Individual time entries marked on the attachment in which the description was insufficient total $16,282.50, of which 50% or $8,141.25, is disallowed.

**(2)   Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

---

[1] The court notes at the outset that fee application does not fully comply with Local Rule 5082-1(c)(5) which requires a column for the billing rate of each entry. There will be no penalty for failing to comply with the rule on this application but the court cautions counsel to comply in the future.

Individual time entries marked on the attachment in which the professional lumped a group of activities into a single entry total $4650.00, of which 10% or $465.00, is disallowed.

Dated: 12/21, 2017

Janet S. Baer
United States Bankruptcy Judge



OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF REAL INDUSTRY/CRANE
CREDITORS OF
RE: EMPLOYMENT AND FEE APPLICATIONS
July 13, 2017

Invoice 717914
Page 2

## TASK SUMMARY

| Task | Hours | Value |
|---|---|---|

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 05/17/17 | GOLDFINGER | REVIEW LOCAL RULES, SEARCH PRECEDENT RE: RETENTION PLEADINGS AND CORRESPOND WITH WORKING GROUP RE: STATUS. | 4.3 | 1,612.50 |
| 05/17/17 | CICERO | COORDINATE WITH PARALEGAL AND SUPPORT STAFF TO DRAFT COUNSEL AND FINANCIAL ADVISOR RETENTION PAPERS | 0.5 | 277.50 |
| 05/18/17 | GOLDFINGER | REVIEW CASE PARTIES RETENTION PRECEDENT AND PROCEDURES AND PREPARE DRAFTS OF RETENTION APPLICATIONS (3.8); PREPARE AND REVISE CONTACT LIST AND CORRESPOND WITH WORKING GROUP (.5); REVIEW PRO HAC VICE PROCEDURES AND NOTICE OF APPEARANCE AND PREPARE SAME (.3). | 4.6 | 1,725.00 |
| 05/18/17 | SILVERBERG | REVIEW RETENTION ISSUES, INCLUDING DISTERESTEDNESS AFFIDAVIT. | 1.0 | 975.00 |
| 05/19/17 | GOLDFINGER | SEARCH RETENTION PRECEDENT, PREPARE DRAFT NOTICE, BUDGET AND STAFFING PLAN AND RETENTION APPLICATION AND SUPPORTING DOCUMENTS (1.8). | 1.8 | 675.00 |
| 05/19/17 | SILVERBERG | REVIEW CONNECTION RESULTS IN CONNECTION WITH BROWN RUDNICK RETENTION APPLICATION. | 0.2 | 195.00 |
| 05/22/17 | GOLDFINGER | REVIEW RETENTION PRECEDENT AND PREPARE DRAFTS OF RETENTION APPLICATIONS. | 3.5 | 1,312.50 |
| 05/23/17 | SILVERBERG | REVIEW ISSUES RE: BR RETENTION APPLICATION. | 0.3 | 292.50 |
| 05/23/17 | GOLDFINGER | SEARCH PRECEDENT RE: FINANCIAL ADVISOR RETENTION AND PREPARE AND REVISE DRAFT OF SAME. | 2.8 | 1,050.00 |
| 05/24/17 | CICERO | REVISIONS TO BR PROFESSIONAL RETENTION APPLICATION. | 0.5 | 277.50 |

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LINO  
CRANE  
CREDITORS OF  
RE: FINANCING AND CASH COLLATERAL  
June 22, 2017

Invoice 717919  
Page 3

| Date/Atty | Description | Hours | Amount |
|---|---|---|---|
| 05/22/17 KURDI | DRAFT DIP OBJECTION (3.2); RESEARCH 7TH CIRCUIT PRECEDENT RE: STANDARDS FOR POST-PETITION FINANCING (2.8); DISCUSS WITH G. CICERO STRATEGY RE: DIP OBJECTION (.4); ANALYZE BUDGET ATTACHED TO CREDIT AGREEMENT (.3) | 6.7 | 3,450.50 |
| 05/23/17 SILVERBERG | TELEPHONE CONFERENCE WITH R. SUKLEY RE: DIP FINANCING MOTION, HEARING (.1), REVIEW ISSUES RE: PROPOSED DIP FINANCING (4.2); TELEPHONE CONFERENCE WITH M. PRAGER, E. IRELAND, J. MADDEN RE: PROPOSED DIP FINANCING (.6), FOLLOWUP RE: SAME WITH J. MADDEN (.3); TELEPHONE CONFERENCE WITH J. FRIEDLAND, J. ZAPPONE, J. MADDEN, AND WORKING GROUP RE: DIP FINANCING, CASE PLANNING AND STRATEGY (.6), FOLLOWUP CALL WITH J. MADDEN (.4). | 6.2 | 6,045.00 |
| 05/23/17 CICERO | REVIEW DIP MOTION, CREDIT AGREEMENT, AND PROPOSED ORDER FOR DIP OBJECTION (1.3); RESEARCH AND ANALYZE CASE LAW FOR OBJECTION TO ROLL-UP AND ADEQUATE PROTECTION PAYMENTS (1.5); DRAFT INSERTS TO DIP OBJECTION RE: ROLL-UP AND ADEQUATE PROTECTION (1.2); CALL WITH B. SILVERBERG AND J. MADDEN RE: CALL WITH FMB AND DIP OBJ (.2); | 4.2 | 2,331.00 |
| 05/23/17 KURDI | PARTICIPATE IN CALL WITH DIP LENDER. | 0.7 | 360.50 |
| 05/23/17 KURDI | RESEARCH STATUTORY WAIVER CASE LAW SEVENTH CIRCUIT PERTAIN TO DIP MOTIONS (1.9); DRAFT SECTIONS OF DIP OBJECTION RELATING TO SECTION 506(C) WAIVER AND OTHER STATUTORY WAIVERS (1.5); RESEARCH CASE LAW IN SEVENTH CIRCUIT PERTAINING TO ADEQUATE PROTECTION (1.6); REVISE ADEQUATE PROTECTION SECTION OF DIP OBJECTION (.8) | 5.8 | 2,987.00 |
| 05/24/17 LEVINE | CONFERENCE WITH B. SILVERBERG (.3); CONFERENCES WITH F. KURDI (.6); REVIEW MATERIAL AND ANALYZE PROCEEDS PERFECTION ISSUES (.8); DRAFT E-MAIL TO B. SILVERBERG RE: SAME (.4) | 2.1 | 2,467.50 |
| ① 05/24/17 SILVERBERG | ATTENTION TO PROPOSED DIP FINANCING MOTION. | 4.0 | 3,900.00 |

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CHELLINO CRANE
RE: FINANCING AND CASH COLLATERAL
June 22, 2017

Invoice 717919
Page 4



| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 05/24/17 | KURDI | REVIEW SUMITOMI ADEQUATE PROTECTION OBJECTION. | 0.3 | 154.50 |
| 05/24/17 | KURDI | DRAFT DIP OBJECTION | 2.8 | 1,442.00 |
| 05/24/17 | CICERO | DRAFT PRELIMINARY STATEMENT/ROLLUP SECTION AND ADEQUATE PROTECTION SECTION (2.7); REVISIONS AND EDITS TO DRAFT DIP OBJECTION (1.1); ATTEND CHELLINO COMMITTEE CALL RE: DIP ISSUES; AND INITIAL CASE STRATEGY (.9). | 4.7 | 2,608.50 |
| 05/25/17 | LEVINE | REVIEW MATERIAL RE: DRAFT ORDER, EMAIL TO B. SILVERBERG RE: SAME. | 0.8 | 940.00 |
| 05/25/17 | SILVERBERG | ATTENTION TO OBJECTION TO DIP FINANCING MOTION (3.5); ATTENTION TO DIP HEARING ADJOURNMENT STIPULATION (.2). | 3.7 | 3,607.50 |
| 05/25/17 | CICERO | REVIEW EVERBANK'S DIP OBJECTION. | 0.2 | 111.00 |
| 05/30/17 | SILVERBERG | TELEPHONE CONFERENCE WITH R. SUKLEY RE: DIP OBJECTION (.2); TELEPHONE CONFERENCE WITH J. FRIEDLAND, L. VANDESTEEG RE: DIP FINANCING, FIRST DAY MOTIONS, PLANNING AND STRATEGY (1.0), FOLLOWUP TELEPHONE CONFERENCE WITH J. MADDEN RE: SAME (.4); TELEPHONE CONFERENCE WITH L. VANDESTEEG RE: DIP DILIGENCE (.5), FOLLOWUP RE: SAME (.1). | 2.2 | 2,145.00 |
| 05/30/17 | CICERO | REVISE DRAFT DIP OBJECTION. | 0.7 | 388.50 |
| 05/30/17 | KURDI | REVISE DIP FINANCE OBJECTION (2.4); DISCUSS WITH G. CICERO NECESSARY UPDATES TO DIP (.2) | 2.6 | 1,339.00 |
| 05/31/17 | SILVERBERG | TELEPHONE CONFERENCE WITH S. DEROUSSE RE: DIP FINANCING NEGOTIATIONS, OPTIONS, RULE 2004 DISCOVERY (.9), FOLLOWUP RE: SAME (.3); REVIEW RULE 2004 DISCOVERY PLEADINGS (.1). | 1.3 | 1,267.50 |
| 05/31/17 | CICERO | REVISE DIP OBJECTION (.5); REVISIONS TO DIP OBJECTION INCORPORATING B. SILVERBERG COMMENTS (.9) | 1.4 | 777.00 |
| **Total Hours and Fees** | | | **68.7** | **49,886.50** |

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MOLINO CRANE
RE: FINANCING AND CASH COLLATERAL
July 13, 2017

Invoice 718776
Page 2

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 06/01/17 | CICERO | REVISE DRAFT DIP OBJECTION | 1.8 | 999.00 |
| 06/01/17 | CICERO | SUMMARIZE DIP MOTION AND POTENTIAL DIP OBJECTION (.4); ATTENTION TO DIP OBJECTION POINTS AND 30(B)(6) DEPOSITION TOPICS OF THE DEBTOR (.2) | 0.6 | 333.00 |
| 06/01/17 | CICERO | CALL WITH S. DEROUSSE RE: 30(B)(6) NOTICE AND TOPICS (.2); DRAFT DEFINITIONS SECTION AND DEPOSITION TOPICS SECTION FOR 30(B)(6) NOTICE RE: DIP (1.3) | 1.5 | 832.50 |
| 06/01/17 | SILVERBERG | ANALYSIS OF ISSUES IN ADVANCE OF CONTESTED DIP FINANCING HEARING. | 6.0 | 5,850.00 |
| 06/01/17 | KURDI | DRAFT DIP MOTION OBJECTION (.8); DISCUSS WITH G. CICERO STRATEGY FOR DIP OBJECTION (.1) | 1.4 | 721.00 |
| 06/02/17 | SILVERBERG | TELEPHONE CONFERENCE WITH S. POHL REGARDING DIP FINANCING OBJECTION, OBJECTIVES (1.2); TELEPHONE CONFERENCE RE CONTESTED DIP HEARING WITH S. DEROUSSE (.5); TELEPHONE CONFERENCE WITH M. PRAGER REGARDING DIP (.6); REVIEW 30(B)(6), DOCUMENT REQUEST IN CONNECTION WITH CONTESTED DIP HEARING (.2); TELEPHONE CONFERENCE WITH J. MADDEN REGARDING DIP (.6); TELEPHONE CONFERENCE WITH S. DEROUSSE REGARDING CONTESTED DIP HEARING (.2); TELEPHONE CONFERENCE WITH T. KLESTADT REGARDING SUMITOMO OBJECTION TO DIP FINANCING (.2); TELEPHONE CONFERENCE WITH M. MELICKIAN REGARDING DIP ORDER (.3); REVIEW AND REVISE DIP FINANCING OBJECTION, COORDINATE CONTESTEED DIP HEARING (2.7). | 6.5 | 6,337.50 |
| 06/02/17 | CICERO | EMAILS RE: REVISIONS TO DEPOSITION NOTICE RE: DIP MOTION (.1); DRAFT DOCUMENT REQUESTS RE: DIP AND REVISIONS TO SAME (.9); REVISIONS TO DRAFT DIP OBJECTION (.7) | 1.7 | 943.50 |

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CRANE MERCHANDISING
RE: FINANCING AND CASH COLLATERAL
July 13, 2017

Invoice 718776
Page 4

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/08/17 | SILVERBERG | TELEPHONE CONFERENCE WITH J. FRIEDLAND, M. PRAGER, G. GOODMAN, D. EGGERT REGARDING INTERIM DIP FINANCING ORDER (.5); FOLLOWUP TELEPHONE CONFERENCE WITH J. MADDEN (.1); PARTICIPATE IN AND ATTEND INTERIM DIP HEARING (1.3); TELEPHONE CONFERENCE WITH M. PRAGER REGARDING FINAL DIP RESOLUTION (.9); TELEPHONE CONFERENCE WITH S. LEVINE REGARDING EQUIPMENT FINANCING LENDER LIEN RIGHTS (.3); CONSIDER SETTLEMENT FRAMEWORK (2.0). | 5.1 | 4,972.50 |
| 06/09/17 | SILVERBERG | CONSIDERATION OF POTENTIAL RESOLUTIONS TO DIP FINANCING MOTION. | 3.0 | 2,925.00 |
| 06/09/17 | CICERO | REVIEW UCC LIEN SEARCH RESULTS AND CIRCULATE FINANCING SAME TO DEBTORS | 0.4 | 222.00 |
| 06/13/17 | SILVERBERG | TELEPHONE CONFERENCE WITH M. PRAGER, G. GOODMAN REGARDING DIP FINANCING RESOLUTION (.8); TELEPHONE CONFERENCE WITH B. LAMPSON REGARDING RESOLUTION (.4); TELEPHONE CONFERENCE WITH J. MADDEN REGARDING STRUCTURING OF SETTLEMENT (.8); REVIEW PRECEDENT SETTLEMENT DOCUMENTATION (.3). | 2.3 | 2,242.50 |
| 06/14/17 | LEVINE | CONFERENCE WITH B. SILVERBERG RE: PMSI PERFECTION (.8); REVIEW MATERIAL RE: SAME (.6); CONFERENCE WITH M. KRAMER RE: PMSI PERFECTION ANAYSIS (.4); E-MAILS TO AND FROM B. SILVERBERG RE: SAME (.4) | 2.2 | 2,585.00 |
| 06/14/17 | SILVERBERG | TELEPHONE CONFERENCES WITH S. LEVINE, J. MADDEN REGARDING RESOLUTION OF DIP FINANCING OBJECTION, SETTLEMENT WITH FMB (1.6); ANALYSIS OF INTERCREDITOR/SUBORDINATION AGREEMENTS (.4); PREPARE SETTLEMENT TERM SHEET (.5); TELEPHONE CONFERENCE WITH G. GOODMAN REGARDING TERM SHEET (.2). | 2.7 | 2,632.50 |
| 06/14/17 | KRAMER | REVIEW LIEN SEARCH REPORT AND RELATED DOCUMENTS WITH S. LEVINE | 1.3 | 481.00 |