UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )
                                          )        Case No. 17 B 14200
        CHELLINO CRANE, INC., ET AL.      )
                                          )        (Jointly Administered)
                                          )
                                          )        Chapter 11
        Debtors.                          )
                                          )

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER ALLOWING SUGAR
FELSENTHAL GRAIS & HAMMER LLP, ATTORNEYS FOR DEBTORS, INTERIM COMPENSATION
AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $872,117.00 | TOTAL COSTS REQUESTED: | $2,007.11 |
| TOTAL FEES REDUCED: | $148,966.25 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $723,150.75 | TOTAL COSTS ALLOWED: | $2,007.11 |

TOTAL FEES AND COSTS ALLOWED: $725,157.86

The attached time and expense entries have been marked to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each entry. The numerical notations correspond to the enumerated paragraphs below. There are also categories of time that have been disallowed in part; the disallowance and explanations of that time is provided below with the corresponding reason.[1]

**(1)     Unreasonable Time**

The Court denies the allowance in part of compensation for the indicated tasks since the professional or paraprofessional expended an unreasonable amount of time on these tasks in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

---

[1] The court notes at the outset that fee application does not fully comply with Local Rule 5082-1(c)(5) which requires a column for the billing rate of each entry. There will be no penalty for failing to comply with the rule on this application but the court cautions counsel to comply in the future.

In this case, SFGH spent an excessive amount of time on employment applications. Employment applications are straightforward and the estate does not have to bear the burden of SFGH's inefficiencies in preparing these pro forma requests. The request for $16,841.50 is excessive and is cut to $10,000.00 An additional charge of $5874.00 was later made for 13 hours to prepare an employment application for the debtor's investment banker. This was excessive and will be cut by 50% to $2937.00.

SFGH also spent an excessive amount of time preparing an adversary proceeding and motion for injunction to extend the automatic stay to the principals of the debtor. The project was also overstaffed. Judge Doyle, the presiding Judge at the time, advised the parties that she rarely grants this type of relief and only if there were a compelling reason to do so. SFGH then proceeded to expend $78,452.00 on the research, drafting and preparation of an adversary complaint, motion and reply, containing the garden variety arguments they had been advised would not be persuasive, only to then voluntarily dismiss the adversary seven weeks after commencing it. This was not a good use of estate assets and the $78,452.00 spent to pursue this will be cut by 50% to $39,226.00.

SFGH expended 10.5 hours by four lawyers and charged $6202.50 to prepare an eight page complaint for the turnover of accounts receivable from River City Construction LLC. This was excessive and will be cut in half to $3101.25.

$85,646.50 was charged for the debtor in possession financing cash collateral papers. This was excessive considering the complexity of this case and will be cut to $60,000.00.

Individual time entries marked on the attachment in which the time expended was excessive, but not included in the above paragraphs, total $46,513.00, which is disallowed.


**(2)        Insufficient Description**

The Court denies the allowance of compensation for the indicated tasks since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

Individual time entries marked on the attachment in which the description was insufficient total $37,479.00, of which 50% or $18,739.50 is disallowed.

**(3)        Duplication of Services**

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Reduction in fees is warranted if multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary."). It is also an accepted principle that generally no more than one attorney may bill for time spent in an intra-office conference or meeting absent an adequate explanation. *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991); *In re Pettibone*, 74 B.R. at 303.

Individual time entries marked on the attachment in which the services were duplicative total $5510.00 which is disallowed.

**(4)      Computational or Typographical Error**

The court denies the allowance of compensation for the indicated tasks because the amount of fees appears to be a computational or typographical error.  Also, where there are two identical entries (same day, same tasks, same time billed), the court considers one of the entries to be a typographical error.

The individual time entry marked on the attachment in which there was a typographical error was $451.50 which is disallowed.

Dated:  December 21, 2017

Janet S. Baer
United States Bankruptcy Judge

Chellino Crane, Inc.                                                                          06/22/2017
Account No:        10103-001
Statement No:        240662

Case Administration

| | | Hours | | |
|---|---|---|---|---|
| JRO | Strategy conference with Elizabeth Vandesteeg regarding status of outstanding administrative matters and handling same, including serving orders entered, applications to employ professionals, and potential formation of creditors' committee (0.5); telephone conference with Greg Chellino and Elizabeth Vandesteeg regarding general bankruptcy issues and addressing same for companies (0.2); telephone conference with Elizabeth Vandesteeg and Jessica Marek regarding same (0.1); telephone conference with Elizabeth Vandesteeg and Jonathan Friedland regarding same and related allocation of personnel to handle various tasks within cases (0.3); e-mail correspondence from U.S. Trustee regarding scheduling Initial Debtor Interview and section 341 meeting (0.1); strategy conference with Jonathan Friedland regarding same (0.2); review order directing form of filing and service provisions for filings going forward (0.2); conference with Jeffrey Demma regarding same (0.1); strategy conference with internal working group regarding status of all matters, 341 meeting scheduling, initial debtor interview, and client site visit (0.4); draft e-mail memorandum regarding important dates, allocation of responsibilities, and necessary preparations for same (0.4). | 2.40 | 1,068.00 | 35 |
| JPF | Multiple e-mail correspondence and telephone conferences regarding first day next steps (3.4). | 3.40 | 2,703.00 | 47 |
| EBV | Attention to multiple various case organization tasks and assignment of same (0.3 - N/C). | 0.30 | N/C | 158 |
| EBV | Telephone conference with Greg Chellino and Jack O'Connor regarding general bankruptcy issues and addressing same for companies (0.2 - N/C); telephone conference with Jonathan Friedland and Jessica Marek regarding same (0.1 - N/C). | 0.30 | N/C | 178 |
| JCD | Conference with internal working group regarding status of all matters, 341 meeting, initial debtor interview (0.7 - N/C). | 0.70 | N/C | 214 |
| 05/12/2017 | | | | |
| JCD | Telephone conference with Epiq regarding website updates (0.6 - N/C). | 0.60 | N/C | 12 |
| JRO | Draft e-mail memorandum to client working group regarding upcoming meetings, allocation of responsibilities, and preparation for same at meetings set by U.S. Trustee's office (0.8); telephone call to (0.1) and telephone conference with (0.1) Roman Sukley (U.S. Trustee's office) regarding same; telephone call to Andrew Hunt (U.S. Trustee's office) regarding same (0.1); multiple e-mail correspondence with Conway and internal working group regarding draft correspondence to vendors regarding chapter 11 filing and operations postpetition (0.6); telephone conferences with Jonathan Friedland (0.4), Jessica Marek (0.1), and Elizabeth Vandesteeg (0.1) regarding same; draft (0.5) and revise (0.9) same; e-mail correspondence from Jessica Marek regarding same (0.1). | 3.80 | 1,691.00 | 36 |
| JPF | Review and respond to various e-mail correspondence and telephone calls regarding first day next steps (1.6). | 1.60 | 1,272.00 | 48 |

Case 17-14200   Doc 472   Filed 06/30/17   Entered 06/30/17 20:58:37   Desc Exhibit
Document    Page 8 of 51

Chellino Crane, Inc.                                                                      06/22/2017
                                                                        Account No:     10103-001
                                                                        Statement No:     240662

Case Administration

|  |  |  | Hours |  |  |
|---|---|---|---|---|---|
|  |  | appropriate (0.1). | 0.10 | 79.50 | 228 |
| 05/24/2017 |  |  |  |  |  |
|  | JCD | Prepare notice of appearance for Mark Melickian (0.3); prepare final orders for filing (1.1). | 1.40 | 385.00 | 71 |
|  | JRO | Multiple telephone conferences with Jessica Marek regarding outstanding case administration issues including data room access, appraisals, insurance issues, and crane locations (0.9); review (0.5) and revise (0.5) final orders on first and second day motions; e-mail correspondence with Erin Buechler regarding status of payment and deposit to ComEd (0.2). | 2.10 | 934.50 | 113 |
|  | JPF | Review various e-mail correspondence and voicemails, and docket entries, forward to others for handling or respond directly, as appropriate (0.3). | 0.30 | 238.50 | 229 |
| 05/25/2017 |  |  |  |  |  |
|  | JCD | Update working group list with lender counsel (2.5). | 2.50 | 687.50 | 73 |
|  | EBV | E-mail correspondence with client regarding various draft pleadings (0.5). | 0.50 | 322.50 | 82 |
|  | JRO | Prepare for (0.4); and participate in (1.8) strategy conference with internal working group regarding global case status, allocation of tasks, and approach to same;  e-mail correspondence from committee counsel regarding motion for interim compensation procedures and structure (0.2); strategy conferences with Jonathan Friedland regarding additional case administration issues, including preparation for hearings, analyzing case plan, and related matters (0.4); analyze and address issues raised by IPFS for issuing new premium financing agreement (0.7); e-mail correspondence with Jessica Marek regarding IPFS issues, communications with insurance broker, and issues relating to same (0.4); review draft order for alternate PFA provider (0.3). | 4.20 | 1,869.00 | 114 |
|  | JPF | Strategy conference with SFGH working group regarding various case issues including investment bankers, potential exit strategies, Committee requests, and other tasks and assignments (1.8 - N/C). | 1.80 | N/C | 144 |
|  | EBV | Strategy conference with SFGH working group regarding various case issues including investment bankers, potential exit strategies, Committee requests, and other tasks and assignments (1.8 - N/C). | 1.80 | N/C | 190 |
|  | JPF | Strategy conferences with Jonathan Friedland regarding additional case administration issues, including preparation for hearings, analyzing case plan, and related matters (0.4 - N/C). | 0.40 | N/C | 191 |
| 05/26/2017 |  |  |  |  |  |
|  | JCD | Update working group list (1.2); telephone conference with various parties regarding mailed notice of chapter 11 (0.3). | 1.50 | 412.50 | 74 |
|  | EBV | Prepare for and participate in telephone conference with Greg Chellino and Jonathan Friedland regarding overall next steps (0.8). | 0.80 | 516.00 | 85 |
|  | JPF | Review and respond to various voicemails (0.3). | 0.30 | 238.50 | 93 |

Chellino Crane, Inc.                                                             06/22/2017
                                                          Account No:           10103-009
                                                          Statement No:           240668

Financing & Cash Collateral

|  |  |  | Hours |  |  |
|---|---|---|---|---|---|
|  | objection deadlines (0.5). |  | 0.50 | 222.50 | 29 |
| JCD | File amended notice of motion regarding DIP financing motion (0.3). |  | 0.30 | 82.50 | 60 |
| JPF | Analyze objections and issues (2.8). |  | 2.80 | 2,226.00 | 85 |
| **05/26/2017** |  |  |  |  |  |
| MSM | Analyze comments and objections to proposed DIP order from multiple parties (3.6); telephone conference with counsel for TBK Bank regarding comments to proposed DIP order (0.5); begin drafting aggregate summary of proposed revisions to DIP order (1.4). |  | 5.50 | 3,822.50 | 20 |
| JPF | Continued attention to financing issues (2.4). |  | 2.40 | 1,908.00 | 86 |
| **05/30/2017** |  |  |  |  |  |
| MSM | Continue analyzing and consolidating lender and committee comments into revised draft of proposed final DIP order (1.6); telephone conference with Emory Ireland regarding DIP order comments (0.5); multiple e-mail correspondence with Elizabeth Vandesteeg regarding DIP objections and scheduling (0.3). |  | 2.40 | 1,668.00 | 24 |
| JPF | Multiple e-mail correspondence with committee professionals regarding DIP financing issues (0.4). |  | 0.40 | 318.00 | 25 |
| EBV | Multiple e-mail correspondence with Mark Melickian regarding DIP financing issues and timing (0.3). |  | 0.30 | 193.50 | 26 |
| MSM | Telephone conference with committee counsel regarding pending first day motions, DIP order and operational issues (0.9). |  | 0.90 | 625.50 | 66 |
| **05/31/2017** |  |  |  |  |  |
| MSM | Prepare draft consent order extending objection deadline to DIP order (0.5); multiple e-mail correspondence with objecting parties, FMB counsel and committee counsel regarding proposed consent order extending objection deadline to DIP order (0.4); telephone conference with Roman Sukley regarding DIP order (0.2); e-mail correspondence to debtor professionals regarding U.S. Trustee position on DIP order (0.1); multiple e-mail correspondence with FMB counsel regarding further extension on objections to DIP order (0.2). |  | 1.40 | 973.00 | 31 |
| JRO | E-mail correspondence with internal working group regarding Committee emergency motion for Rule 2004 examination (0.3); briefly review same (0.4). |  | 0.70 | 311.50 | 67 |
|  | For Current Services Rendered |  | 50.50 | 32,363.50 |  |
|  | Total Non-billable Hours |  | 5.90 |  |  |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Mark S. Melickian | 11.60 | $695.00 | $8,062.00 |
| Jonathan P. Friedland | 6.00 | 795.00 | 4,770.00 |
| Elizabeth B. Vandesteeg | 9.20 | 645.00 | 5,934.00 |
| Nicole Stefanelli | 17.80 | 625.00 | 11,125.00 |
| John R. O'Connor | 5.00 | 445.00 | 2,225.00 |

Case 17-14200  Doc 472-2    Filed 06/30/17    Entered 06/30/17 20:59:37    Desc Exhibit
Document    Page 30 of 51

Chellino Crane, Inc.

06/22/2017
Account No: 10103-010
Statement No: 240669

Meetings & Communications with Creditors

| | | Hours | | |
|---|---|---|---|---|
| JRO | E-mail correspondence from committee counsel regarding proposed committee NDA (0.2). | 0.20 | 89.00 | 23 |
| **05/23/2017** | | | | |
| EBV | Telephone conference with former employee/creditor with questions regarding notice and filing (0.5). | 0.50 | 322.50 | 16 |
| JPF | Telephone conference with committee regarding status of DIP budget, lease rejections, and related matters (0.6); e-mail correspondence regarding same (0.4). | 1.00 | 795.00 | 31 |
| JRO | Prepare for (0.3) and participate in (0.6) all hands telephone conference with committee's and debtors' professionals regarding status of DIP budget, lease rejections, and related matters. | 0.90 | 400.50 | 32 |
| EBV | Review and respond to requests from various secured lenders as to crane-specific information (0.3). | 0.30 | 193.50 | 38 |
| **05/24/2017** | | | | |
| EBV | Review final draft of NDA executed by committee (0.2); e-mail correspondence with committee professionals, SFGH working team, and Conway working team regarding same and responses to due diligence requests (0.7); analysis regarding procedure for potential continuance of DIP hearing (0.7); email correspondence with committee counsel regarding lift-stay and other issues (0.3). | 1.90 | 1,225.50 | 17 |
| JPF | Analyze committee requests for due diligence (0.4). | 0.40 | 318.00 | 20 |
| JPF | Address Committee request to continue hearings on interim relief and matters set for hearing 6/1 (0.2). | 0.20 | 159.00 | 30 |
| JRO | Strategy conference with Elizabeth Vandesteeg regarding Nations Bank inspection request (0.4 - N/C). | 0.40 | N/C | 39 |
| EBV | Strategy conference with Jack O'Connor regarding Nations Bank inspection request (0.4). | 0.40 | 258.00 | 40 |
| **05/25/2017** | | | | |
| EBV | Multiple e-mail correspondence with committee counsel regarding document production status and other issues (0.4). | 0.40 | 258.00 | 18 |
| JRO | E-mail correspondence with Randall Woolley regarding Sterling Bank collateral and potential DIP issues (0.3 - N/C); conferences with Jeffrey Demma regarding lender contact list (0.4 - N/C); review same (0.2 - N/C); e-mail correspondence with Jonathan Friedland regarding same (0.1 - N/C). | 1.00 | N/C | 41 |
| **05/26/2017** | | | | |
| EBV | Review documents in data room provided to committee professionals (0.4). | 0.40 | 258.00 | 19 |
| **05/30/2017** | | | | |
| JPF | Telephone conference with committee professionals regarding various matters and initial inquiries regarding debtors' post-petition operations and case administration (1.0). | 1.00 | 795.00 | 21 |

Chellino Crane, Inc.                                                                    06/22/2017
                                                                 Account No:          10103-012
                                                                 Statement No:          240671

Asset Disposition & 363 Sales

| | | Hours | | |
|---|---|---|---|---|
| ALH | Prepare for and participate in professional working group strategy session with Jeffrey Zappone, John Kotas, Jessica Marek, Jonathan Friedland and Elizabeth Vandesteeg regarding approach to case administration, investment banker selection process, cash collateral and financing issues, and related matters (1.5 - N/C). | 1.50 | N/C | 37 |

05/19/2017
| ALH | Multiple e-mail correspondence with Lynne Long (Blackhill Partners) regarding case background and anticipated investment banker interviews (0.3); telephone conference with Thomas Goldblatt (Ravinia Capital) regarding same and next steps (0.3). | 0.60 | 477.00 | 11 |
|---|---|---|---|---|
| JPF | Review and comment on Barnhart NDA (0.3). | 0.30 | 238.50 | 32 |

05/23/2017
| ALH | Prepare for and participate in investment banker interviews (SSG Capital Advisors, Blackhill Partners, Ravinia Capital, Focal Point Partners and Oppenheimer) including review of pitchbooks and proposed engagement letters, multiple conferences with Gregory Chellino, Jeffrey Zappone and Jonathan Friedland regarding interviews and proposed go forward, and communications with Thomas Fawkes regarding same (3.0). | 3.00 | 2,385.00 | 3 |
|---|---|---|---|---|
| JRO | E-mail correspondence with internal working group regarding investment banking interviews (0.3); review presentation materials from same (0.7). | 1.00 | 445.00 | 18 |
| JPF | Prepare for and participate in investment banker interviews (SSG Capital Advisors, Blackhill Partners, Ravinia Capital, Focal Point Partners and Oppenheimer) including review of pitchbooks and proposed engagement letters, multiple conferences with Gregory Chellino, Jeffrey Zappone and Jonathan Friedland regarding interviews and proposed go forward, and communications with Thomas Fawkes regarding same (3.0). | 3.00 | 2,385.00 | 29 |
| ALH | Prepare for and participate in investment banker interviews (SSG Capital Advisors, Blackhill Partners, Ravinia Capital, Focal Point Partners and Oppenheimer) including review of pitchbooks and proposed engagement letters, multiple conferences with Gregory Chellino, Jeffrey Zappone and Jonathan Friedland regarding interviews and proposed go forward, and communications with Thomas Fawkes regarding same (3.0 - N/C). | 3.00 | N/C | 47 |
| JPF | Prepare for and participate in investment banker interviews (SSG Capital Advisors, Blackhill Partners, Ravinia Capital, Focal Point Partners and Oppenheimer) including review of pitchbooks and proposed engagement letters, multiple conferences with Gregory Chellino, Jeffrey Zappone and Jonathan Friedland regarding interviews and proposed go forward, and communications with Thomas Fawkes regarding same (3.0 - N/C). | 3.00 | N/C | 48 |

05/24/2017
| EBV | Review and revise Gordon Brothers NDA (0.9). | 0.90 | 580.50 | 2 |
|---|---|---|---|---|
| ALH | Multiple e-mail correspondence with Jeffrey Zappone regarding investment banker interviews and related strategic considerations (0.3). | 0.30 | 238.50 | 13 |

(3)

Case 17-14200   Doc 472-2   Filed 06/22/17   Entered 06/22/17 20:59:33   Desc Exhibit
Document   Page 35 of 51

Chellino Crane, Inc.

America Page 358                              06/22/2017
                                    Account No:        10103-012
                                    Statement No:         240671

Asset Disposition & 363 Sales

|  |  | Hours |  |  |
|---|---|---|---|---|
| JRO | E-mail correspondence with Jessica Marek & Jonathan Friedland regarding comments to proposed revisions to Gordon Bros. NDA (0.3); review and comment on same (0.4); strategy conference with Elizabeth Vandesteeg regarding same (0.5); further revise Gordon Bros. NDA per Elizabeth Vandesteeg (0.9); multiple e-mail correspondence and telephone conferences with Jessica Marek regarding same (0.2). | 2.30 | 1,023.50 | 19 |
| EBV | Strategy conference with Jack O'Connor regarding Gordon Bros. NDA (0.5 - N/C). | 0.50 | N/C | 53 |
| 05/26/2017 JPF | E-mail correspondence with committee professionals regarding interviewing Lincoln as investment banking candidate (0.2). | 0.20 | 159.00 | 8 |
| 05/27/2017 JPF | Telephone conference with Brent Williams (Lincoln) regarding interview as investment banker (0.3). | 0.30 | 238.50 | 9 |
| ② JPF | Strategize regarding sale strategy v. plan strategy (4.2). | 4.20 | 3,339.00 | 54 |
| 05/30/2017 JPF | E-mail correspondence with Brent Williams (0.2). | 0.20 | 159.00 | 15 |
| ② JPF | Continued attention to strategy (4.2). | 4.20 | 3,339.00 | 55 |
| 05/31/2017 ALH | Multiple e-mail correspondence with Rick Rosenbloom regarding Ravinia Capital's bid to serve as investment banker and related status issues (0.2); multiple e-mail correspondence with Lynne Long regarding Blackhill Partner's bid for same and related issues (0.2). | 0.40 | 318.00 | 14 |
| JPF | E-mail correspondence with internal working group regarding NDA revisions (0.2). | 0.20 | 159.00 | 16 |
| JRO | E-mail correspondence with Jessica Marek and internal working group regarding Gordon Bros. NDA comments (0.2); review same (0.1). | 0.30 | 133.50 | 20 |
|  | For Current Services Rendered | 27.60 | 20,337.00 |  |
|  | Total Non-billable Hours | 8.60 |  |  |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Aaron L. Hammer | 7.00 | $795.00 | $5,565.00 |
| Jonathan P. Friedland | 14.70 | 795.00 | 11,686.50 |
| Elizabeth B. Vandesteeg | 2.30 | 645.00 | 1,483.50 |
| John R. O'Connor | 3.60 | 445.00 | 1,602.00 |

| | | |
|---|---|---|
| Total Current Work | | 20,337.00 |
| Balance Due | | $20,337.00 |

**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**

**Suite 3000**
**Chicago, IL 60602**
**(312)704-9400**

Chellino Crane, Inc.
915 Rowell Ave
Joliet IL 60433

|                  |             |
|------------------|-------------|
| Page:            | 1           |
|                  | 06/22/2017  |
| Account No:      | 10103-019   |
| Statement No:    | 240675      |

Non-Working Travel

Review Statement

### Fees

| Date | TK | Description | Hours | Amount | |
|------|-----|-------------|-------|--------|---|
| 05/09/2017 | NIS | Travel to Chicago for first day hearing (4.0 @ 50% - 2.0). | 2.00 | 1,250.00 | 1 |
| 05/10/2017 | NIS | Return travel from Chicago (6.0 @ 50% - 3.0). | 3.00 | 1,875.00 | 2 |
| 05/22/2017 | JPF | Travel to (1.4 @ 50% - 0.7) and from (0.8 @ 50% - 0.4) Joliet, IL for on-site Company visit. | 1.10 | 874.50 | 3 |
|  | JRO | Travel to (0.5 @ 50% - 0.3 - N/C) and from (0.5 @ 50% - 0.2 - N/C) client site for client strategy session and onsite investigation. | 0.50 | N/C | 4 |
|  | EBV | Travel to (1.4 @ 50% - 0.7 - N/C) and from (0.8 @ 50% - 0.4 - N/C) client site visit. | 1.40 | N/C | 6 |
|  |  | For Current Services Rendered | 6.10 | 3,999.50 | |
|  |  | Total Non-billable Hours | 1.90 | | |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Jonathan P. Friedland | 1.10 | $795.00 | $874.50 |
| Nicole Stefanelli | 5.00 | 625.00 | 3,125.00 |

| | |
|---|---|
| Total Current Work | 3,999.50 |
| Balance Due | $3,999.50 |

### Billing History

| Fees | Expenses | Finance Charge | Payments |
|------|----------|----------------|----------|
| 3,999.50 | 0.00 | 0.00 | 0.00 |

Chellino Crane, Inc.

Page: 3
06/22/2017
Account No: 10103-024
Statement No: 240681

Hearings

| | | | Hours | | |
|---|---|---|---|---|---|
| | | regarding docketing issues and service of second day orders (0.2). | 1.00 | 445.00 | 29 |
| | JCD | Prepare motions and orders for first day service (3.9). | 3.90 | 1,072.50 | 30 |
| 05/12/2017 | EBV | Review and comment on strategy and division of assignments with respect to upcoming hearings (0.3 - N/C). | 0.30 | N/C | 31 |
| 05/24/2017 | JRO | Conference with Jeffrey Demma regarding submitting fillable .pdf proposed orders for final hearings on 6/1 (0.1). | 0.10 | 44.50 | 32 |
| 05/25/2017 | JCD | Telephone conference with Tina Devine regarding continuing hearing on DIP financing to June 7, 2017 (0.2). | 0.20 | 55.00 | 10 |
| 05/30/2017 | JRO | E-mail correspondence with internal working group regarding status of multiple matters and preparation for 6/1 hearing (0.2). | 0.20 | 89.00 | 33 |
| 05/31/2017 | EBV | Prepare for argument and presentation at continued hearing on first day motions (0.7); telephone conference with Jack O'Connor regarding draft agenda for continued hearing (0.2); review revised draft of same (0.2); telephone conference with Greg Chellino regarding upcoming hearing and various proposed order provisions (0.4). | 1.50 | 967.50 | 34 |
| | JRO | Strategy conference with internal working group regarding status of all matters and preparing for 6/1 hearing (0.9); draft hearing agenda for 6/1 hearing (0.4); e-mail correspondence with internal working group regarding same and comments (0.2); telephone conference with Elizabeth Vandesteeg regarding same (0.2); revise same (0.3); review matters set for hearing 6/1 and prepare to present same (1.1). | 3.10 | 1,379.50 | 35 |
| | EBV | Strategy conference with SFGH working group regarding continued hearing and overall strategy (0.9 - N/C). | 0.90 | N/C | 36 |
| | | For Current Services Rendered | 62.20 | 35,646.00 | |
| | | Total Non-billable Hours | 22.50 | | |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Jonathan P. Friedland | 12.40 | $795.00 | $9,858.00 |
| Elizabeth B. Vandesteeg | 17.30 | 645.00 | 11,158.50 |
| Nicole Stefanelli | 6.50 | 625.00 | 4,062.50 |
| John R. O'Connor | 20.10 | 445.00 | 8,944.50 |
| Jeffrey C. Demma | 5.90 | 275.00 | 1,622.50 |

Total Current Work 35,646.00

Balance Due $35,646.00

Chellino Crane, Inc.    06/30/2017

Account No:    10103-001
Statement No:    241130

Case Administration

|  |  |  | Hours |  |  |
|---|---|---|---|---|---|
|  |  | committee meeting and related go forward issues (0.4 - N/C). | 0.40 | N/C | 274 |
| JPF |  | Strategy conference with internal working group regarding case status master checklist and allocation of responsibilities for same (0.5 - N/C). | 0.50 | N/C | 285 |
| EBV |  | Strategy conference with internal working group regarding case status master checklist and allocation of responsibilities for same (0.5 - N/C). | 0.50 | N/C | 286 |
| JPF |  | Meeting with committee and FMB regarding global case status and exit strategy (3.0). | 3.00 | 2,385.00 | 293 |
| 06/07/2017 |  |  |  |  |  |
| JRO |  | Prepare for (0.9) and attend (0.6) 6/7 hearing on multiple matters including motion for relief from stay and interim compensation procedures motion. | 1.50 | 667.50 | 141 |
| 06/08/2017 |  |  |  |  |  |
| EBV |  | Communications with the US Trustee regarding new insurance policies (0.2). | 0.20 | 129.00 | 137 |
| 06/12/2017 |  |  |  |  |  |
| JPF |  | Telephone conference with Mark Prager regarding various open case administration issues (0.3). | 0.30 | 238.50 | 166 |
| JRO |  | Review status of all open matters (0.4) and update master task list and status chart per same (0.2). | 0.60 | 267.00 | 201 |
| EBV |  | Strategy conference with internal working group regarding status of all outstanding matters including DIP Financing issues, proposed sale timeline, and allocation of responsibilities regarding same (0.7 - N/C). | 0.70 | 451.50 | 207 |
| MSM |  | Participate in team meeting to discuss financing, litigation, sale, and case scheduling (0.7 - N/C). | 0.70 | N/C | 261 |
| JPF |  | Strategy conference with internal working group regarding status of all outstanding matters including DIP Financing issues, proposed sale timeline, and allocation of responsibilities regarding same (0.7). | 0.70 | 556.50 | 275 |
| JRO |  | Strategy conference with internal working group regarding status of all outstanding matters including DIP Financing issues, proposed sale timeline, and allocation of responsibilities regarding same (0.7 - N/C). | 0.70 | N/C | 287 |
| 06/14/2017 |  |  |  |  |  |
| JPF |  | Strategy conference with internal working group to review task list and allocation of responsibilities for same (0.7); e-mail correspondence with Elizabeth Vandesteeg regarding sales tax issue (0.1). | 0.80 | 636.00 | 197 |
| JRO |  | E-mail correspondence with internal working group regarding potential employment of special counsel to address tax issues (0.2); e-mail correspondence with chambers regarding 6/15 hearing and rescheduling all matters for 11 am (0.2); e-mail |  |  |  |

*Charged for N/C (4)* [handwritten annotation]

Case 17-14200   Doc 479-1   Filed 08/30/17   Entered 08/30/17 20:58:36   Desc Exhibit
Document      Page 13 of 54

Chellino Crane, Inc.                                                                          07/31/2017
                                                                            Account No:      10103-012
                                                                          Statement No:         241726

Asset Disposition & 363 Sales

|  |  | Hours |  |  |
|---|---|---|---|---|
|  | additional revisions to stalking horse APA (0.2); review revised version of same from Jonathan Friedland (0.4); continue revising same (1.7); e-mail correspondence to Jonathan Friedland regarding same and requesting additional comments (0.2); e-mail correspondence to Barnhart counsel attaching revised version of same (0.1). | 2.60 | 1,157.00 | 117 |
| MBS | Review and analyze redline of Stalking Horse APA from Jack O'Connor (1.6 - N/C). | 1.60 | N/C | 199 |
| **07/04/2017** | | | | |
| MBS | Review and analyze turnaround of APA (0.2). | 0.20 | 99.00 | 200 |
| **07/05/2017** | | | | |
| JPF | Review and revise sale timeline (0.4); conference with Elizabeth Vandesteeg and Jack O'Connor regarding same (0.8); telephone conference with Mark Prager regarding various issues (0.2); review and respond to emails re various open issues and next steps (1.4). | 2.80 | 2,226.00 | 83 |
| EBV | Telephone conference with Mike Fixler (FocalPoint) regarding status of negotiations with potential bidders (0.2). | 0.20 | 129.00 | 84 |
| JRO | Telephone conference with Elizabeth Vandesteeg and Mike Fixler regarding status of proposed stalking horse bids and additional negotiations (0.2); strategy conference with Jonathan Friedland and Elizabeth Vandesteeg regarding proposed sale timeline (0.8); multiple e-mail correspondence with Michael Fixler, Jeffrey Zappone, and internal working group regarding same (0.4); review letter of intent from Barnhart (0.2). | 1.60 | 712.00 | 118 |
| MBS | Draft and revise same (0.4); memorandum from Fixler regarding client signing new CBA (0.2); multiple e-mail with Jonathan Friedland and Mark Melickian regarding same (0,.2). | 0.80 | 396.00 | 197 |
| EBV | Strategy conference with Jonathan Friedland and Jack O'Connor regarding proposed sale timeline (0.8 - N/C). | 0.80 | N/C | 214 |
| **07/06/2017** | | | | |
| JRO | Conference with Matthew Schiff regarding revised APA for stalking horse and issues relating to same (0.2); e-mail correspondence with Jonathan Friedland regarding HyperAMS inquiry (0.2); telephone conference with Tom Pabst (HyperAMS) regarding same (0.1). | 0.50 | 222.50 | 119 |
| JPF | Prepare for hearing on bidding and sale procedures (1.7). | 1.70 | 1,351.50 | 136 |
| MBS | Review and analyze revision to APA from Jack O'Connor (0.9 - N/C). | 0.90 | N/C | 198 |
| JPF | Prepare for meeting with all equipment lenders (0.4). | 0.40 | 318.00 | 229 |
| **07/07/2017** | | | | |
| EBV | Communications with Mike Fixler (FocalPoint) regarding requests for information from potential bidders (0.2). | 0.20 | 129.00 | 85 |
| JRO | Review e-mail memorandum from Michael Fixler regarding status | | | |

②

Case 17-14200   Doc 471-6   Filed 08/30/17   Entered 08/30/17 20:59:37   Desc Exhibit
Amended   Page 32 of 54

Chellino Crane, Inc.                                                                                          07/31/2017
                                                                                        Account No:      10103-012
                                                                                        Statement No:       241726

Asset Disposition & 363 Sales

|  |  | Hours |  |  |
|---|---|---|---|---|
| EBV | Prepare for all-lenders meeting to discuss proposed 363 sale process (2.9). | 2.90 | 1,870.50 | 227 |
| **07/18/2017** |  |  |  |  |
| MSM | Strategy conference with Elizabeth Vandesteeg and Jonathan Friedland regarding sale process and equipment lender issues (0.7 - N/C). | 0.70 | N/C | 127 |
| EBV | Review and revise bidding and opt-out procedures per meeting with lenders (0.6). | 0.60 | 387.00 | 129 |
| JPF | Prepare for lender meeting (1.5); participate in meeting with lenders (1.0); revise sale order and procedures (1.8). | 4.30 | 3,418.50 | 143 |
| JRO | Multiple e-mail correspondence with internal working group regarding final preparation for lender meeting (0.4); e-mail correspondence with FocalPoint working group regarding same and finalized presentation materials (0.2); strategy conference with Elizabeth Vandesteeg and Jonathan Friedland regarding summary of same and comments to incorporate for bidding procedures order and related documents (0.3) | 0.90 | 400.50 | 167 |
| JRO | Participate telephonically in 07/18 lenders meeting for introductory comments and initial presentation by debtors' professionals (0.8 - N/C). | 0.80 | N/C | 168 |
| JRO | Telephone conference with Nate Rugg regarding sale order and procedures regarding same (0.1); strategy conference with Jonathan Friedland regarding transmitting presentation materials and sale timeline to chambers (0.1); e-mail correspondence with Jonathan Friedland, Jeffrey Zappone, and Michael Fixler regarding same (0.3); e-mail correspondence with Jonathan Friedland, Michael Fixler, and Jeff Zappone regarding proposed modifications to bidding procedures order, procedures, and opt-out procedures (0.3). | 0.70 | 311.50 | 169 |
| JPF | Strategy conference with internal working group regarding sale and bidding procedures (0.7). | 0.70 | 556.50 | 217 |
| EBV | Prepare for (1.1) and attend (2.2) meeting with all lenders to discuss proposed sale procedures. | 3.30 | 2,128.50 | 228 |
| EBV | Strategy conference with internal working group regarding sale and bidding procedures (0.7 - N/C). | 0.70 | N/C | 250 |
| **07/19/2017** |  |  |  |  |
| ② — EBV | Prepare for hearing on bidding and sale procedures (5.6). | 5.60 | 3,612.00 | 130 |
| JPF | Revise Bid Procedures Order and attachments (0.4), including telephone conference with Conway/Focal Point (0.1); telephone conference with Equify (Kevin Morse) (0.1); telephone conference with Mark Prager (0.1); telephone conference with committee, pre call and follow up regarding sale process (3.0); further telephone conference with committee (3.1) and follow up with client working group by e-mail memorandum regarding changes to bidding and sale procedures (0.7). | 7.50 | 5,962.50 | 144 |

②

Chellino Crane, Inc.

Asset Disposition & 363 Sales

07/31/2017

Account No:        10103-012
Statement No:        241726

| | | Hours | | |
|---|---|---|---|---|
| JRO | Review and comment on revised procedures for bidding and opt-out relating to sale motion (0.4); multiple e-mail correspondence with Jonathan Friedland, Michael Fixler, and Jeffrey Zappone regarding same (0.3); conference with Jennifer Sherpan regarding Assumption and Assignment agreement form (0.1); review example agreement from Jennifer Sherpan (0.2); review objection to sale motion from Sumitomo (0.3); review further revised procedures for bidding and opt-out relating to sale motion circulated by Jonathan Friedland (0.5); circulate same to First Midwest counsel, committee, and Barnhart (0.2); e-mail correspondence from Bennett Silverberg regarding same (0.1); review Committee's comments to bidding procedures motion and related documents (0.4); strategy conference with Jonathan Friedland regarding circulating revisions to bidding procedures order and related documents to equipment lenders (0.2); e-mail correspondence to Equipment lenders attaching same (0.2); e-mail correspondence to Chambers regarding same and attaching versions for Court to revise as needed (0.3); e-mail correspondence from Kate O'Laughlin regarding SBA request for information relating to Barnhart collateral valuation (0.1). | 3.30 | 1,468.50 | 171 |
| JRO | Multiple e-mail correspondence with internal working group regarding revisions to bidding and sale procedures (0.8); e-mail correspondence with client professionals working group regarding preparing for call with Committee counsel and FMB counsel (0.3); follow up call with Jonathan Friedland Elizabeth Vandesteeg regarding same and approach to additional revisions before hearing (0.4); e-mail correspondence with Andrew Carty regarding same (0.2); review updated revised drafts of bidding procedures and sale motion documents from Committee counsel with Elizabeth Vandesteeg (0.4); draft and circulate cumulative redlines of each for lenders and chambers review (1.1). | 2.80 | 1,246.00 | 172 |
| JRO | Telephone conference with client professionals working group regarding approach to hearing on bidding and sale procedures (0.4- N/C); telephone conference with client professionals working group, Committee and FMB counsel regarding proposed revisions and comments to sale and bidding procedures and potential objections to same (1.7 - N/C). | 2.10 | N/C | 173 |
| JPF | Strategy conference with Elizabeth Vandesteeg regarding circulating revisions to bidding procedures order and related documents to equipment lenders (0.2). | 0.20 | 159.00 | 218 |
| EBV | Strategy conference with Jonathan Friedland regarding bidding/opt-out procedures (0.3 - N/C). | 0.30 | N/C | 251 |

07/20/2017

②

| | | | | |
|---|---|---|---|---|
| EBV | Prepare for (2.8) and attend (1.3) hearing on bidding procedures and sale motion; various meetings and strategy conferences with multiple lenders regarding bidding and sale procedures (3.3). | 7.40 | 4,773.00 | 131 |
| JPF | Hearing pre-meeting with lenders (1.0); attend hearing on sale and bid procedures (0.5). | 1.50 | 1,192.50 | 145 |
| JRO | Review (0.3) and summarize (0.2) objections to bidding and sale procedures motion; participate in pre-hearing strategy conference | | | |

Chellino Crane, Inc.                                                                    07/31/2017
                                                                          Account No:     10103-012
                                                                          Statement No:      241726

Asset Disposition & 363 Sales

|  |  |  | Hours |  |  |
|---|---|---|---|---|---|
|  |  | (1.9); develop responses and modifications in light of same (4.4); communications with various equipment lenders regarding same (0.7). | 7.00 | 4,515.00 | 152 |
|  | JRO | Review and summarize objections to bidding procedures and sale motion (3.4); research credit bidding issues regarding same (0.3); strategy conferences with Elizabeth Vandesteeg and Jonathan Friedland regarding additional revisions to same and submitting to chambers for 07/24 hearing (0.9); multiple e-mail correspondence with counsel for lenders, stalking horse, and committee regarding comments and information requests relating to same (0.8); review and run redline versions of multiple documents reflecting cumulative and incremental revisions to bidding and sale procedures documents (0.9); review same for circulation to parties in interest and submission to chambers (0.5); e-mail correspondence to parties in interest regarding same (0.2); e-mail correspondence from Nathan Rugg regarding further proposed revisions to same and comments from stalking horse (0.2). | 7.20 | 3,204.00 | 187 |
|  | JMG | Research cases cited in objection to sale motion (0.2). | 0.20 | 55.00 | 204 |
| 07/25/2017 | JPF | Prepare for continued hearing on bidding and sale procedures (3.2 - N/C); debrief regarding same with client working group (2.2 - N/C). | 5.40 | N/C | 149 |
|  | MSM | Review e-mail correspondence regarding Citgo status (0.3). | 0.30 | 208.50 | 151 |
|  | EBV | Prepare for (2.3) and attend (1.8) hearing on sale and bidding procedures; strategy conference with FocalPoint, Conway & Committee regarding sale and bidding procedures (1.8); continue to develop and revise sale/bid procedures strategy (1.8); update lenders regarding same (0.6). | 8.30 | 5,353.50 | 154 |
|  | JRO | Continue reviewing (1.1) and drafting (0.7) summary of objections to bidding and sale procedures motion and Debtors' positions for same; e-mail correspondence with committee and FMB regarding additional comments ahead of hearing regarding same (0.2); strategy conference with Elizabeth Vandesteeg and Jonathan Friedland regarding same and communicating to parties in interest (0.4). | 2.40 | 1,068.00 | 188 |
|  | JRO | Strategy conference with client and professional working group preparing for hearing on bidding and sale procedures (1.2 - N/C); participate in pre-hearing strategy conference with lenders' counsel regarding status of same and modified procedures (0.9 - N/C); attend hearing on same (0.1 - N/C); participate in strategy conference with Committee professionals working group and Debtors' professional working group regarding revising procedures (2.4 - N/C); strategy conference with debtors' professionals regarding additional proposed sale process considerations (0.5 - N/C). | 5.10 | N/C | 189 |
|  | JPF | Attend hearing on bidding and sale procedures (1.8 - N/C). | 1.80 | N/C | 206 |

Case 17-14200   Doc 479-6   Filed 08/30/17   Entered 08/30/17 20:59:37   Desc Exhibit
Document   Page 13 of 54

Chellino Crane, Inc.

| | | |
|---|---|---|
| | 07/31/2017 | |
| Account No: | 10103-012 | |
| Statement No: | 241726 | |

Asset Disposition & 363 Sales

| | | Hours | | |
|---|---|---|---|---|
| **07/26/2017** | | | | |
| EBV | Communications with counsel for Barnhart regarding status of APA and bidding procedures (0.6). | 0.60 | 387.00 | 155 |
| JPF | Telephone conference with buyer and buyer's counsel regarding sale status (0.5); telephone conference with client and internal e-mails regarding diligence issues (0.6); multiple telephone conferences with client regarding status of offer, lender meeting (1.2). | 2.30 | 1,828.50 | 160 |
| EBV | Strategy conferences with FocalPoint and Conway regarding sale issues in light of upcoming evidentiary hearing and ongoing negotiations with potential bidders (1.2); attention to Citgo issues and additional strategy regarding status of discussions from stalking horse (1.3). | 2.50 | 1,612.50 | 224 |
| **07/27/2017** | | | | |
| JPF | Telephone conference with professional working group regarding status and strategy (0.5). | 0.50 | 397.50 | 161 |
| JRO | E-mail correspondence with internal working group regarding proposed lender meeting set for 07/31 and attendees for same (0.3); conference with Elizabeth Vandesteeg regarding same (0.1); e-mail correspondence with internal working group regarding Equify inquiry relating to equipment included in sale (0.1); telephone conference with Jessica Marek regarding same (0.1); conference with Nancy Bailey and Elizabeth Vandesteeg regarding preparing for 07/31 lenders' meeting (0.2); draft e-mail correspondence to lenders' group regarding same (0.2); e-mail correspondence with counsel for multiple lenders regarding same (0.4). | 1.20 | 534.00 | 176 |
| **07/28/2017** | | | | |
| EBV | Strategy and analysis regarding interplay of lift-stay and sale process and revise procedures accordingly (3.0); review and analyze revised term sheet from Barnhart (1.7); telephone conference with Barnhart regarding same (0.6). | 5.30 | 3,418.50 | 156 |
| JPF | Multiple e-mail correspondence with internal and client working groups regarding sale issues, revising attachments and procedures for same, and related issues (2.2); revise order and attachments (2.4). | 4.60 | 3,657.00 | 162 |
| JRO | Review Barnhart term sheet (0.3); telephone conference with FocalPoint, Conway, internal working group regarding term sheet (0.2); telephone conference with Michael Fixler, Elizabeth Vandesteeg, and Jonathan Friedland regarding term sheet and considerations under same (0.5); telephone conference with Elizabeth Vandesteeg, Barnhart working group regarding term sheet considerations and negotiations (0.5) multiple e-mail correspondence with internal working group regarding negotiations with FMB, Barnhart, and approach to sale process (0.4); telephone conference with FocalPoint, Conway, internal working group regarding sale process and negotiations with prospective bidders (0.5); review terms of stalking horse APA for credit bidding provisions (0.2); e-mail correspondence with client professionals working group regarding same (0.2). | 2.80 | 1,246.00 | 177 |

Case 17-14200  Doc 479-6    Filed 08/30/17    Entered 08/30/17 20:58:07    Desc Exhibit
Document    Amended Page 346 of 54

Chellino Crane, Inc.                                                            07/31/2017
                                                          Account No:         10103-012
                                                          Statement No:          241726

Asset Disposition & 363 Sales

|  |  | Hours |  |  |
|---|---|---|---|---|
| **07/29/2017** | | | | |
| EBV | Strategy conference with internal working group, Conway, and FocalPoint regarding additional modifications needed in bid procedures to incentivize opt-in, with optionality from Barnhart (1.1 - N/C). | 1.10 | N/C | 157 |
| ② JPF | Revise bidding procedures order and attachments to same (4.6). | 4.60 | 3,657.00 | 163 |
| JRO | Multiple e-mail correspondence with client professionals working group regarding alternative sale approaches and strategic concerns for same (0.3); e-mail correspondence with internal working group regarding 7/31 lender meeting and approach for same (0.2) | 0.50 | 222.50 | 178 |
| JRO | Telephone conference with client professionals' working group regarding lenders' meeting (1.1 - N/C); | 1.10 | N/C | 179 |
| JRO | Strategy conference with Elizabeth Vandesteeg, Jonathan Friedland, Conway, and FocalPoint regarding additional modifications needed in bid procedures to incentivize opt-in, with optionality from Barnhart (1.1 - N/C). | 1.10 | N/C | 207 |
| JPF | Strategy conference with Elizabeth Vandesteeg, Jack O'Connor, Conway, and FocalPoint regarding additional modifications needed in bid procedures to incentivize opt-in, with optionality from Barnhart (1.1). | 1.10 | 874.50 | 208 |
| **07/30/2017** | | | | |
| ② EBV | Continue to draft and revise bidding procedures, opt-out procedures, and order granting same (3.2). | 3.20 | 2,064.00 | 158 |
| ② JPF | Review and revise sale and bidding procedures order (1.5); telephone conference with Elizabeth Vandesteeg regarding same (0.4). | 1.90 | 1,510.50 | 164 |
| JRO | Review revised bidding and opt out procedures from Jonathan Friedland (0.5); e-mail correspondence from Michael Fixler regarding same (0.1); revise Opt-Out Procedures (0.7), bidding procedures (0.5), and proposed order (0.2) per same; e-mail correspondence to internal working group regarding same and further comments (0.2); e-mail correspondence from Jonathan Friedland and Michael Fixler regarding further comments to same (0.3). | 2.50 | 1,112.50 | 180 |
| EBV | Telephone conference with Jonathan Friedland regarding sale and bidding procedures order (0.4 - N/C). | 0.40 | N/C | 221 |
| **07/31/2017** | | | | |
| ALH | Review limited objection of Union 150 to proposed bid procedures motion (0.3). | 0.30 | 238.50 | 153 |
| EBV | Prepare for upcoming meeting with lenders to discuss sale and bidding procedures (2.8); multiple e-mail correspondence and telephone conferences with counsel for Barnhart regarding current draft of bidding and opt-out procedures (1.7); continue to review and revise same (3.1). | 7.60 | 4,902.00 | 159 |

Case 17-14200   Doc 479-6   Filed 08/30/17   Entered 08/30/17 20:59:36   Desc Exhibit
Document   Page 16 of 54

Chellino Crane, Inc.                                                                    07/31/2017
                                                                          Account No:    10103-017
                                                                          Statement No:     241729

Automatic Stay, Relief from Stay & Adeq. Protect.

|  |  | Hours |  |  |
|---|---|---|---|---|
| LHC | Review and analyze factual data about debtors for use in Greg Chellino and Frank Chellino affidavits (0.4) and edit Greg Chellino and Frank Chellino affidavits to incorporate this factual data (0.3). | 0.70 | 339.50 | 191 |
| EBV | Telephone conference (0.9) and e-mail correspondence (0.3) with Mark Prager regarding potential for adequate protection payments for lift-stay lenders; multiple telephone conferences (0.6) and e-mail correspondence (0.5) with equipment lenders regarding potential for adequate protection payments; continue drafting responses to lift stay motions filed by TBK, Merchants, and Sterling (2.6). | 4.40 | 2,838.00 | 206 |
| 07/05/2017 JRO | Strategy conference with Elizabeth Vandesteeg and Jeffrey Goldberg regarding status of lift stay motions and hearing on same on 07/06 (0.2); strategy conference with Elizabeth Vandesteeg regarding updating responses for same (0.2); strategy conference with Jonathan Friedland and Elizabeth Vandesteeg regarding same and approach to adequate protection proposals (0.2); revise responses to multiple motions to lift stay (2.3). | 2.90 | 1,290.50 | 155 |
| MSM | Telephone conference with Mark Prager and Elizabeth Vandesteeg regarding responses to stay relief motions (0.2); telephone conference with Jonathan Friedland regarding responses to stay relief motions (0.2); research, document review, analysis in support of and drafting of pleadings and documents for responses to motions to lift stay filed by three lenders (5.4). | 5.80 | 4,031.00 | 161 |
| MSM | Revise equipment lender summary chart and forward to Elizabeth Vandesteeg (0.4). | 0.40 | 278.00 | 162 |
| JRO | E-mail correspondence with Gregory Chellino regarding Nations and Applied Machinery issues (0.2). | 0.20 | 89.00 | 202 |
| EBV | Research and draft lift-stay objections for TBK, Sterling, and Merchants (7.9); multiple telephone conferences (0.6) and e-mail correspondence (0.6) with First Midwest and various equipment lenders trying to negotiate agreed resolution of lift stay motions. | 9.10 | 5,869.50 | 207 |
| JMG | Strategy conference with Elizabeth Vandesteeg and Jack O'Connor regarding status of lift stay motions and hearing on same on 07/06 (0.2 - N/C). | 0.20 | N/C | 229 |
| EBV | Strategy conference with Jack O'Connor and Jeffrey Goldberg regarding status of lift stay motions and hearing on same on 07/06 (0.2 - N/C); strategy conference with Jonathan Friedland and Jack O'Connor regarding same and approach to adequate protection proposals (0.2 - N/C). | 0.40 | N/C | 230 |
| JPF | Strategy conference with Elizabeth Vandesteeg and Jack O'Connor regarding same and approach to adequate protection proposals and lift-stay motions (0.2). | 0.20 | 159.00 | 231 |
| 07/06/2017 JRO | Multiple e-mail correspondence with internal working group | | | |

Case 17-14200   Doc 479-6   Filed 08/30/17   Entered 08/30/17 20:59:06   Desc Exhibit
Document   Page 456 of 54

Chellino Crane, Inc.

|  |  | 07/31/2017 |
|---|---|---|
| Account No: | | 10103-017 |
| Statement No: | | 241729 |

Automatic Stay, Relief from Stay & Adeq. Protect.

| | | | Hours | | |
|---|---|---|---|---|---|
| | | regarding responses to multiple lift stay motions and revisions to same (0.4); revise Merchants response (0.9); conference with Elizabeth Vandesteeg regarding same (0.4); continue revising Merchants response and declarations supporting same (0.6); review (0.8) and revise (0.7) all responses to lift stay motions. | 3.80 | 1,691.00 | 156 |
| MSM | | Telephone conference with Elizabeth Vandesteeg regarding response to equipment lender relief stay motions (0.1); multiple telephone conferences with Greg Chellino regarding declarations in support of debtors' opposition to lift stay motions (0.2); e-mail correspondence with debtors professionals regarding revisions to Fixler declaration (0.1); drafting and multiple rounds of revision and incorporation of comments to pleadings for responses to relief from stay motions filed by TBK, Merchants, and Sterling Bank (4.6); multiple e-mail correspondence with debtors professionals regarding draft declarations in support of response to equipment lender relief stay motions (0.4). | 5.40 | 3,753.00 | 160 |
| EBV | | Continue to draft and revise responses in objection to lift stay motions filed by TBK, Sterling, and Merchants, and affidavits in support of same (5.6); strategy conference with Mark Melickian and Jack O'Connor regarding lift stay responses and upcoming presentment hearing on newly-filed motions by BMO and Wells Fargo (0.6); communications with Mike Kraft, counsel to River City, regarding status of adversary complaint and payments (0.2). | 6.40 | 4,128.00 | 208 |
| EBV | | Telephone conference with Mark Melickian regarding response to equipment lender relief stay motions (0.1 - N/C). | 0.10 | N/C | 232 |
| 07/07/2017 | | | | | |
| JRO | | Research issues relating to joint venture interest in crane and security agreement with Equify (0.2). | 0.20 | 89.00 | 157 |
| EBV | | Review and analyze updated depreciation/loan information regarding lift stay motion filed by Equify (0.3); e-mail correspondence with Conway MacKenzie regarding same (0.2). | 0.50 | 322.50 | 196 |
| EBV | | Multiple e-mail correspondence with various PMSI lenders regarding lack of consensus on proposed stand-down on preliminary injunction schedule (0.2); review and analyze lift stay motion filed by Equify (0.3); develop updated global proposal for lift stay lenders regarding adequate protection (1.1); communications with Jonathan Friedland regarding same (0.3); begin review of multiple objections to motion for preliminary injunction and motions to dismiss adversary complaint filed by various lenders (1.3). | 3.20 | 2,064.00 | 209 |
| 07/09/2017 | | | | | |
| LHC | | Draft memorandum to Elizabeth Vandesteeg regarding status of any agreement by creditors as to relief for guarantee actions against Greg and Frank Chellino (0.7). | 0.70 | 339.50 | 193 |
| EBV | | Multiple e-mail correspondence with internal working group regarding responses to PI motion and complaint (0.5). | 0.50 | 322.50 | 210 |
| 07/10/2017 | | | | | |
| MSM | | Begin drafting responses to three lift stay motions (2.2). | 2.20 | 1,529.00 | 159 |

Chellino Crane, Inc.

07/31/2017
Account No:    10103-017
Statement No:    241729

Automatic Stay, Relief from Stay & Adeq. Protect.

|  |  |  | Hours |  |  |
|---|---|---|---|---|---|
| JMG | Draft stipulation of dismissal for stay extension and adversary (1.5). | | 1.50 | 412.50 | 198 |
| JMG | Strategy conference with Jack O'Connor and David Madden regarding revisions to stipulation dismissing adversary proceeding to extend automatic stay and drafting notice of dismissal for non-answering parties (0.2 - N/C). | | 0.20 | N/C | 233 |
| 07/19/2017 | | | | | |
| MSM | Review discovery requests served by Wells Fargo related to adequate protection claims (0.3); e-mail correspondence with Elizabeth Vandesteeg regarding Wells Fargo discovery requests (0.1). | | 0.40 | 278.00 | 165 |
| JRO | Conference with Jeffrey Goldberg regarding voluntary dismissals and stipulation of dismissal (0.1); review same and provide comment (0.5); conference with Lee Chait regarding same (0.1); e-mail correspondence with Adam Fletcher regarding Conant Crane motion for relief from stay (0.2); e-mail correspondence to chambers regarding same (0.1); telephone conference with Peter Castaneda regarding same (0.1). | | 1.20 | 534.00 | 180 |
| JMG | Draft notice of voluntary dismissal and stipulation of dismissal (2.4); e-mail correspondence with Jack O'Connor, Elizabeth Vandesteeg, and David Madden regarding drafting notice of voluntary dismissal and stipulation of dismissal (0.3). | | 2.70 | 742.50 | 199 |
| JMG | Conference with Jack O'Connor regarding voluntary dismissals and stipulation of dismissal (0.1 - N/C). | | 0.10 | N/C | 203 |
| DMM | Review and revise stipulation of dismissal (0.3). | | 0.30 | 118.50 | 219 |
| 07/20/2017 | | | | | |
| MSM | Conference with Elizabeth Vandesteeg regarding status of pending responses to lift stay motions and related matters (0.4). | | 0.40 | 278.00 | 166 |
| JRO | Conferences with counsel for lenders regarding stipulation of dismissal and sign-off for same (0.2). | | 0.20 | 89.00 | 181 |
| JMG | Draft stipulation of dismissal (1.8) | | 1.80 | 495.00 | 200 |
| EBV | Strategy conference with Mark Melickian regarding status of briefing on various lift stay motions (0.3). | | 0.30 | 193.50 | 220 |
| 07/23/2017 | | | | | |
| JRO | Revise stipulation and notice of dismissal (0.1). | | 0.10 | 44.50 | 183 |
| 07/24/2017 | | | | | |
| MSM | Finalize confidential schedules and draft and send related email correspondence to individual lenders regarding requests for information about stalking horse bid and value allocations (3.1). | | 3.10 | 2,154.50 | 167 |
| EBV | Review replies in support of lift stay motions filed by Merchants, Sterling, and TBK (0.9). | | 0.90 | 580.50 | 222 |

Chellino Crane, Inc.                                                                           07/31/2017
                                                                        Account No:        10103-017
                                                                        Statement No:          241729

Automatic Stay, Relief from Stay & Adeq. Protect.

|  |  |  | Hours |  |  |
|---|---|---|---|---|---|
| **07/25/2017** | | | | | |
| | MSM | Multiple e-mail correspondence with Jessica Marek regarding equipment schedules (0.3). | 0.30 | 208.50 | 171 |
| | JRO | Revise and finalize stipulation dismissing lender adversary proceeding (0.2) direct Jeffrey Demma to file same (0.2); strategy conference with Elizabeth Vandesteeg regarding Conant Crane motion for relief from stay (0.2). | 0.60 | 267.00 | 184 |
| | JCD | Prepare proposed order regarding stipulation to dismiss adversary proceeding (0.3); coordinate service regarding stipulation to dismiss adversary proceeding (0.2). | 0.50 | 137.50 | 221 |
| | EBV | Prepare for hearing lift stay motions of TBK, Sterling, Signature, Merchants, and TCF (0.9); review Wells Fargo's motion for adequate protection payments (0.4). | 1.30 | 838.50 | 223 |
| **07/26/2017** | | | | | |
| | MSM | Prepare for and attend hearing on motions for relief from stay of TBK, Signature Financial, Sterling Bank, TCF, and Merchants Bank (2.7); prepare objections and related declarations in support to motions for relief from stay of BMO Harris Bank, People's Capital, and Wells Fargo Equipment Finance (5.7). | 8.40 | 5,838.00 | 172 |
| | JPF | Analyze issues and strategy regarding lift stay motions and hearings for same (0.5). | 0.50 | 397.50 | 177 |
| | JRO | Briefly review and analyze Conant stay relief motion (0.6); strategy conference with Mark Melickian regarding same (0.1); attend same (1.2); strategy conference with Mark Melickian, Elizabeth Vandesteeg, Michael Fixler and Jeffrey Zappone following same and next steps (0.9); conferences (0.2) and e-mail correspondence (0.2) with Mark Melickian regarding finalizing responses to additional stay relief motions; briefly review same (0.3). | 3.50 | 1,557.50 | 185 |
| | JRO | Telephone call to (0.1) and telephone conference with (0.1) Adam Fletcher regarding same and setting briefing schedule. | 0.20 | 89.00 | 186 |
| | EBV | Prepare for (2.8) and attend (1.3) lift stay hearing for TBK, TCF, Merchants, Signature, and Sterling; analyze issues regarding additional lift stay responses due (0.3). | 4.40 | 2,838.00 | 224 |
| | JRO | Strategy conference with FocalPoint, Conway, client, and internal working group regarding preparing for 07/26 hearing for multiple stay relief motions (0.6 - N/C). | 0.60 | N/C | 237 |
| **07/27/2017** | | | | | |
| | JCD | Prepare documents for attorney review relating to lift stay motions (1.9); file responses to various lift stay motions (0.3). | 2.20 | 605.00 | 170 |
| | MSM | Multiple e-mail correspondence with Elizabeth Vandesteeg and Jack O'Connor regarding pending responses to lift stay motions (0.3). | 0.30 | 208.50 | 173 |
| | JRO | Review and revise responses to stay relief motions (0.3); review and revise declarations of Michael Fixler (0.3) and Greg Chellino | | | |

Chellino Crane, Inc.

| | | 07/31/2017 |
|---|---|---|
| Account No: | | 10103-017 |
| Statement No: | | 241729 |

Automatic Stay, Relief from Stay & Adeq. Protect.

| | | | Hours | | |
|---|---|---|---|---|---|
| | | (0.6) relating to same; revise and finalize same (2.1); direct Jeffrey Demma to file same (0.1). | 3.50 | 1,557.50 | 182 |
| | EBV | Begin preparing for evidentiary hearing on various lift stay motions (1.3). | 1.30 | 838.50 | 225 |
| 07/28/2017 | EBV | Telephone conferences with counsel for BMO (0.2), Merchants (0.1), TBK (0.2), TCF (0.1), Sterling (0.1), and Signature (0.2) regarding lift stay response and adequate protection offer; strategy conference with Lee Chait regarding upcoming evidentiary hearing (0.5). | 1.30 | 838.50 | 226 |
| 07/30/2017 | LHC | Analyze cases cited by five creditors in motion papers in support of five motions to lift stay to prepare for August 3 hearing on motions (2.8); outline points needed to prove to oppose motions to lift stay (1.4). | 4.20 | 2,037.00 | 236 |
| 07/31/2017 | JCD | Prepare documents for attorney review relating to lift stay motions (0.8). | 0.80 | 220.00 | 174 |
| | DMM | Review and analyze motions and orders regarding evidentiary hearing (0.6); prepare exhibits for evidentiary hearing (2.5); telephone conferences with Leland Chait and Linda Spadafino regarding evidentiary hearing (0.5). | 3.60 | 1,422.00 | 175 |
| | MSM | Strategy conference with Leland Chait and Elizabeth Vandesteeg regarding lift stay evidentiary hearing (0.8); research crane and equipment auction sites and potential experts (0.7); conference with Leland Chait to discuss approach to testimony at lift stay hearing (0.4); meeting with Elizabeth Vandesteeg to discuss pending lift stay matters (0.3); e-mail correspondence to multiple equipment lenders with revised equipment purchase lists for pending sale (0.6); multiple e-mail correspondence with Elizabeth Vandesteeg and Michael Fixler regarding equipment lender communications (0.2). | 3.00 | 2,085.00 | 176 |
| | LHC | Conferences with David Madden and Elizabeth Vandesteeg regarding preparations for hearing on August 3 of five creditor lift stay motions (0.7); telephone conference with Greg Chellino regarding information needed to prepare for August 3 lift stay motion hearing (0.3); multiple telephone conferences with Linda Spadafino and Mike at Chellino Crane regarding information and documents needed to prepare for August 3 lift stay motion and for production to creditors (1.4); review and analyze documents from Linda Spodafino and Mike at Chellino Crane to prepare for August 3 lift stay motion and for production to creditors (2.4); conferences with David Madden regarding preparing response to document request from creditors' counsel for August 3 lift stay motion (1.2); multiple conferences with Jessica Marek of Conway regarding documents needed to August 3 lift stay motion and for production to creditors (0.8); conference with Michael Fixler, investment banker for Chellino Crane, preparing for August 3 lift stay motion hearing and documents needed for hearing (0.6). | 7.40 | 3,589.00 | 201 |