**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Chellino Crane, Inc. *et al.*,[1] | ) | Case No. 17-14200 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hon. Janet S. Baer |

**FINAL REPORT OF DEBTORS AS DEBTORS IN POSSESSION UPON CONVERSION OF CHAPTER 11 CASES TO CHAPTER 7 CASES UNDER BANKRUPTCY RULE 1019(5)**

**I. Cash**

(a) Cash balance on hand at date of conversion:[2]    $75,096.00

(b) Bank Names & last four digits of account numbers where all cash was held at date of conversion:

1. First Midwest Bank, Account ending in -2003
2. First Midwest Bank, Account ending in -1005
3. First Midwest Bank, Account ending in -6417

(c) The amounts held in these accounts are subject to a reconciliation with the Debtors' asset purchaser under the terms of its asset purchase agreement with the Debtors.

**II. Accounts Receivable**

(a) Total amount due to the Debtors from other entities or individuals at date of conversion:    $362,516.61

(b) See attached **Exhibit A** for all accounts receivable due to the Debtors from other entities or individuals on the date of conversion.

**III. Accounts Payable**

(a) Total unpaid debts incurred during chapter 11 cases:[3]    $1,511,813.32

(b) See attached **Exhibit B** for all unpaid debts incurred during the chapter 11 cases,

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are: CC Equipment, Inc. f/k/a Chellino Crane, Inc. (6804); Sam J. Chellino Crane Rental, Inc. (0830); G & B Equipment, LLC (0688); Chellino/Industrial Park Family Limited Partnership (1246); and Chellino Industrial Management, Inc. (0691).

[2] Amounts held in these accounts are subject to reconciliation with the Debtors' asset purchaser following the Debtors' asset sale during the Chapter 11 cases. The Debtors estimate that $52,918 of the cash held in these accounts is actually the property of the asset purchaser under the terms of the asset purchase agreement.

[3] This amount includes all known administrative expenses incurred by the Debtors but not yet paid. Of the total, approximately $1,299,135.82 are fees and expenses incurred by professionals employed in the chapter 11 cases, but have not been paid. None of the professionals have had their fees and expenses finally allowed in these cases under a final fee order. Consequently, the total ultimately owed may decrease.

1

including unsecured debts, secured debts, taxes, wages, administrative expenses, etc., but not including prepetition debts.

## IV. Original Chapter 11 Assets

The Debtors sold substantially all of their assets during the chapter 11 cases, approved by the Court's *Order (I) Approving the Asset Purchase Agreement Among Seller and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection therewith and, (IV) Granting Related Relief* (the "*Sale Order*"). (Dkt. 553.)

## V. New Chapter 11 Assets

Other than cash or accounts receivable, the Debtor did not acquire assets during the chapter 11 case that it (a) disposed of during the chapter 11 cases, or retained as of the date of conversion to chapter 7 cases.

## VI. Executory Contracts and Unexpired Leases

During the Chapter 11 Cases, the Debtors sold substantially all their assets, and assumed and assigned numerous contracts under the terms of the Court's *Order (I) Approving Bidding Procedures in Connection with the Sale of Substantially all Assets of Debtor Chellino Crane, Inc. and all Related Real Estate Owned by Debtor Chellino Crane, Inc.; (II) Scheduling a Hearing to Consider the Sale of Assets; and (III) Approving the Form and Manner or Notice Thereof;* (Dkt. 457) and the Sale Order. These contracts and leases were identified for the Court by the Debtors as called for under these orders.

The Debtors filed two motions to reject executory contracts and unexpired leases during the chapter 11 cases. (Dkts. 114, 592.) Each of these motions were granted by the Court after notice and a hearing on each. (Dkts. 181, 611.)

## VII. Payments to Insiders During the Chapter 11 Cases:

See attached **Exhibit C** for a schedule of payments made to insiders of the Debtor during the chapter 11 case, including the name of the individual or entity paid, the amount paid, and purpose of such payment.

The Final Report above, consisting of two pages and three exhibits has been prepared for or by the undersigned, who declares under penalty of perjury that the statements contained therein are true and correct to the best of my knowledge, information and belief.

CC Equipment, Inc. f/k/a Chellino Crane, Inc.

Executed on: 2-20-18   By: _____
Greg Chellino
Executive Vice President

2

# Exhibit A

*Accounts Receivable Report*

Chellino Crane, Inc.

## Accounts Receivable Detail

Detail Estimate as of Conversion Date

| Customer | Address | City | State | Zip | AR Balance |
|---|---|---|---|---|---:|
| Absolute Rigging & Millwright - COLLECTIONS | -- | | | | $ 4,920.00 |
| Action Cooling | P.O. Box 480 | Morollo | IN | 47963 | $ 235.00 |
| Advance Tank and Construction | 1100 Essington Road | Joliet | IL | 60435 | $ 1,271.67 |
| Akzo Nobel Surfactants | 525 W Van Buren St, 15th Flr. | Chicago | IL | 60607 | $ 2,413.28 |
| APCom Power Inc | P.O. Box 36015 | Knoxville | TN | 37930 | $ 7,467.20 |
| Belson Steel Center Scrap Inc | 1685 North State Route 50 | Bourbonnais | IL | 60914 | $ 5,500.00 |
| BL Duke | 2235 W 74th St. | Chicago | IL | 60636 | $ 4,450.00 |
| BMW Constructors Inc | 420 Superior Avenue | Munster | IN | 46321 | $ (1,660.00) |
| Chicago Commerical Construction | 9101 S. Baltimore Ave. | Chicago | IL | 60617 | $ 3,765.16 |
| Current Electrical & Mechanical Inc | 708 RiverBluff Court | Shorewood | IL | 60404 | $ 3,037.50 |
| D Construction | 1488 South Broadway | Coal City | IL | 60416 | $ 6,662.50 |
| Dow Chemical - Midland Michigan | P.O. Box 211309 | Dallas | TX | 75211 | $ 2,615.00 |
| Elliott Electric | 1600 S. Broadway | Coal City | IL | 60416 | $ 1,222.50 |
| Equistar Chemicals/Lyondell Basell | P.O. Box 3448 | Houston | TX | 77253-3448 | $ 10,242.40 |
| ExxonMobil | P.O. Box 4846 | Houston | TX | 77210 | $ 131,940.48 |
| FCL Builders | -- | | | | $ 10,431.25 |
| Flint Hills Resources LP | P.O. Box 2938 | Wichita | KS | 67201 | $ 18,682.39 |
| Frazier Industrial Company | -- | | | | $ 0.50 |
| Gayton Signs Inc - Collections | -- | | | | $ 1,350.00 |
| Geeding Construction Co | 600 Highway H | Troy | MO | 63379 | $ 3,421.40 |
| Hill Mechanical | 11045 Gage Avene | Franklin Park | IL | 60131 | $ 9,085.00 |
| Independent Mechanical Inc | 4155 North Knox Ave | CHicago | IL | 60641 | $ 4,440.00 |
| J&M Mechanical - COLLECTIONS | 631 Davis Avenue | Joliet | IL | 60436 | $ 7,500.00 |
| Jacobs Engineering Group | 525 West Monroe, Ste. 1600 | Chicago | IL | 60661 | $ 170.44 |
| Judlau | 26-15 Ulmer Street | Flushing | NY | 11354 | $ 72.50 |
| Lampson International LLC | 607 E Columbia Drive | Kennewick | WA | 99336 | $ 25,680.44 |
| Lindblad Construction Co | 717 E. Cass Street | Joliet | IL | 60432 | $ 2,050.00 |
| Mammoet USA Inc | P.O. Box 2199 | Angleton | TX | 77566 | $ 29,432.03 |
| Midwest Crane Rental Inc | 112 Main St., Ste. 10 | Lemont | IL | 60439 | $ 1,400.00 |
| MTM Technologies LLC - COLLECTTIONS | 17 N. State Street | Chicago | IL | 60602 | $ 13,261.38 |
| NGR-Midwest Generation LLC-JOL | P.O. Box 25177 | Lehigh Valley | PA | 18002-5177 | $ 24,770.00 |
| Patriot Property Restoration - COLLECTIONS | -- | | | | $ 1,702.50 |
| Praxair (Whiting)-East Chgo IN | 2551 Dickey Road | East Chicago | IN | 46312 | $ (50.00) |
| River City Construction | 101 Hoffer Lane | E Peoria | IL | 61611 | $ 5,642.64 |
| Stepan Company | 22500 W. Millsdale Road | Elwood | IL | 60421 | $ 5,459.25 |

Chellino Crane, Inc.

## Accounts Receivable Detail

Detail Estimate as of Conversion Date

| Customer | Address | City | State | Zip | AR Balance |
|---|---|---|---|---|---|
| Walter Payton Power Equip LLC | 930 W 138th Street | Riverdale | IL | 60827 | $ 9,455.96 |
| Wolverine Pipe Line Co | 8075 Creekside Dr., Ste. 210 | Portage | IN | 49024 | $ 1,860.00 |
| Wright Excavating - COLLECTIONS | -- | | | | $ 2,616.24 |
| **Total** | | | | | **$ 362,516.61** |

*Address information for parties above with unlisted addresses held by Debtors' asset purchaser.

# Exhibit B

*Unpaid Debts Report*

Chellino Crane, Inc.

## Accounts Payable Detail

Detail Estimate as of Conversion Date

| Party | Address | City | State | Zip | Owed |
|---|---|---|---|---|---:|
| Accounting Principals | One Lincoln Centre, Ste. 900 | Oakbrook Terrace | IL | 60181 | $ 1,665.56 |
| Akerman LLP | 71 South Wacker Dr., 46th Flr. | Chicago | IL | 60606 | $ 44,161.68 |
| American Express - FC | P.O. Box 0001 | Los Angeles | CA | 90096-0001 | $ 2,831.47 |
| ASAP Drug Solutions Inc. | P.O. Box 11329 | Carson | CA | 90749 | $ 428.00 |
| Assurance Agency Ltd. | One Century Centre, 1750 E Golf Rd, Ste 1100 | Schaumburg | IL | 60173 | $ 50.00 |
| AT&T | -- | | | | $ 309.64 |
| Bank of America | P.O. Box 982238 | El Paso | TX | 79998-2238 | $ 33,137.96 |
| Central Dry Cleaners | 1120 Richards St. | Joliet | IL | 60433 | $ 243.00 |
| Champ Equipment LLC | 607 E Columbia Dr | Kennewick | WA | 99336 | $ 1,338.03 |
| Committee Professionals - Aggregate | -- | | | | $ 393,196.05 |
| Conway MacKenzie, Inc. | 77 W. Wacker Dr., Ste. 4000 | Chicago | IL | 60601 | $ 58,921.75 |
| Deluxe Business Checks & Sol. | P.O. Box 742572 | Cincinnati | OH | 45274-2572 | $ 342.96 |
| DistributionNow (XOM Store) | P.O. Box 200822 | Dallas | TX | 75320-0822 | $ 3.20 |
| EPIQ Systems | 777 Third Ave., 12th Flr. | New York | NY | 10017 | $ 84,371.72 |
| FastTrack Engineering , Inc. | 16007 Executive Drive | Crest Hill | IL | 60403 | $ 637.00 |
| FedEx | P.O. Box 94515 | Palatine | IL | 60094-4515 | $ 49.80 |
| Fugro GB Marine Ltd | -- | | | | $ 1,750.00 |
| FocalPoint Securities | 150 N. Riverside Plaza, Ste. 2820 | Chicago | IL | 60606 | $ 62,913.00 |
| Illinois Truck & Equipment-V | 320 Briscoe Drive | Morris | IL | 60450 | $ 12,150.00 |
| IPFS Corporation | 125 S Wacker Dr., Ste. 1650 | Chicago | IL | 60606 | $ 87,806.81 |
| Jackson Lewis P.C. | 150 North Michigan Avenue, Ste. 2500 | Chicago | IL | 60601 | $ 1,221.00 |
| Jet Permit, Ltd. | P.O. Box 349 | Hales Corners | WI | 53130-0349 | $ 363.00 |
| Jones, Sager & Co, LLP | 1001 E Main St., Ste. B | St. Charles | IL | 60174 | $ 8,162.50 |
| Liebherr USA, Co | 4100 Chestnut Ave | Newport News | VA | 23607 | $ 620.56 |
| NexTraq | NexTraq, P.O. Box 538566 | Atlanta | GA | 30353-8566 | $ 1,815.45 |
| Physicians Immediate Care | P.O. Box 8799 | Carol Stream | IL | 60197-8799 | $ 320.00 |
| Republic Services (Allied) | P.O. Box 9001154 | Louisville | KY | 40290-1154 | $ 233.80 |
| Shred X | P.O. Box 119 | Wilmington | IL | 60481 | $ 27.50 |
| Sugar Felsenthal Grais & Helsinger LLP | 30 N. LaSalle St., Ste. 3000 | Chicago | IL | 60602 | $ 699,733.30 |
| Velocita Technology, Inc. | 50 Barney Drive | Joliet | IL | 60435 | $ 1,428.13 |
| Verizon Wireless | P.O. Box 4002 | Acworth | GA | 30101 | $ 262.35 |
| Walter Payton Power Equip, LLC | P.O. BOX 88456 | Chicago | IL | 60680 | $ 3,067.37 |
| Wells Fargo Visa | P.O. Box 6426 | Carol Stream | IL | 60197-6426 | $ 8,250.73 |
| **Total** | | | | | **$ 1,511,813.32** |

*Address information for parties above with unlisted addresses held by Debtors' asset purchaser.

# Exhibit C

*Payments to Insiders Report*

## Chellino Crane, Inc.

### Insider Payments

Detail Estimate as of Conversion Date [1]

| Name | Amount |
|---|---:|
| Frank Chellino, Jr. | $ 71,233.82 |
| Frank Chellino, Sr. | $ 18,650.00 |
| Blake Chellino | $ 54,959.32 |
| Greg Chellino | $ 121,828.88 |
| Linda Chellino [2] | $ 470.38 |
| Keith Chellino | $ 50,933.17 |
| Wesley Chellino | $ 81,580.60 |
| **Total** | **$ 399,656.17** |

Notes:

(1) Except for amounts paid to Linda Chellino (See Note (2)), amounts above represent net payroll and expense reimbursements paid to employee-insiders

(2) Payment was made to Linda Chellino, a non-employee insider, to reimburse her for expenses incurred on behalf of the Debtors during the chapter 11 cases