# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Chellino Crane, Inc., *et al.*[1], | Case No. 17-14200 (Jointly Administered) |
| Debtors. | Hon. Janet S. Baer |

## NOTICE OF DEADLINE FOR FILING CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIMS, INCLUDING FINAL FEE APPLICATIONS

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the Northern District of Illinois (the "**Bankruptcy Court**") has entered an order pursuant to which all persons and entities must file as motions with the Bankruptcy Court, on or before July 20, 2018 (the "**Chapter 11 Administrative Bar Date**"), requests for allowance of administrative expenses under 11 U.S.C. § 503 (the "**Chapter 11 Administrative Claims**") that first arose in the above-captioned cases (the "**Cases**") during the period May 5, 2017 through December 19, 2017 (the "**Chapter 11 Period**").

Professionals employed by Chellino Crane, Inc., Sam J. Chellino Crane Rental, Inc., G & B Equipment, LLC, Chellino/Industrial Park Family Limited Partnership and/or Chellino Industrial Management, Inc. pursuant to 11 U.S.C. § 327 or employed by the Official Committee of Unsecured Creditors appointed in these Cases pursuant to 11 U.S.C. § 1103 (collectively, the "**Professionals**") who have not already done so must file final fee applications for services provided and expenses incurred during the Chapter 11 Period on or before the Chapter 11 Administrative Bar Date (the "**Chapter 11 Final Fee Applications**").

---

[1] The Debtors in these Cases, along with the last four digits of each Debtor's federal tax identification number, are: CC Equipment, Inc., f/k/a Chellino Crane, Inc. (6804); Sam J. Chellino Crane Rental, Inc. (0830); G & B Equipment, LLC (0688); Chellino/Industrial Park Family Limited Partnership (1246); and Chellino Industrial Management, Inc. (0691).

**ANY HOLDER OF A CHAPTER 11 ADMINISTRATIVE CLAIM, INCLUDING A CHAPTER 11 FINAL FEE APPLICATION, WHO FAILS TO FILE A CHAPTER 11 FINAL FEE APPLICATION OR OTHER CHAPTER 11 ADMINISTRATIVE CLAIM ON OR BEFORE THE CHAPTER 11 ADMINISTRATIVE BAR DATE SHALL BE FOREVER BARRED FROM ASSERTING ITS CHAPTER 11 ADMINISTRATIVE CLAIM AGAINST THE ESTATES AND FROM RECEIVING PAYMENT OR DISTRIBUTION FROM THE ESTATES ON ACCOUNT OF SUCH CHAPTER 11 ADMINISTRATIVE CLAIM.**

Each Chapter 11 Administrative Claim must be noticed for a hearing before the Bankruptcy Court on **August 16, 2018** at **10:30 a.m.** (Central Time). The Bankruptcy Court will hold an omnibus status hearing with respect to all filed Chapter 11 Administrative Claims at that time, at which hearing the Bankruptcy Court may enter an order setting a deadline for objections to those Chapter 11 Administrative Claims.

Chapter 11 Administrative Claims shall be presented as motions to the Court and must be received by the Clerk of the Bankruptcy Court on or before the Chapter 11 Administrative Bar Date. Chapter 11 Administrative Claims will be deemed filed only when actually received by the Clerk.

|  |  |
|---|---|
| Dated: June 21, 2018 | JOJI TAKADA, not individually, but solely in his capacity as chapter 7 trustee for the bankruptcy estates of Chellino Crane, Inc., Sam J. Chellino Crane Rental, Inc., G & B Equipment, LLC, Chellino/Industrial Park Family Limited Partnership and Chellino Industrial Management, Inc. |
|  | By:  /s/   Karen V. Newbury  <br>        One of his attorneys |

Joseph D. Frank (IL 6216085)
Karen V. Newbury (IL 6237765)
FrankGecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel. 312.276.1400
Fax. 312.276.0035
knewbury@fgllp.com